# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Paul Brodsky,

              Plaintiff(s),

    vs.

MGM Resorts International,

              Defendant(s).

Case # 2:20-cv-00486

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Melissa R. Emert_____, Petitioner, respectfully represents to the Court:
         (name of petitioner)

1.    That Petitioner is an attorney at law and a member of the law firm of

_____Stull, Stull & Brody_____
                     (firm name)

with offices at _____6 East 45th St._____,
                    (street address)

_____New York_____, New York ▾, 10017,
    (city)           (state)       (zip code)

_____954-341-5561_____, _____memert@ssbny.com_____.
(area code + telephone number)    (Email address)

2.    That Petitioner has been retained personally or as a member of the law firm by

_____Paul Brodsky_____ to provide legal representation in connection with
      [client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3.    That since _____5/10/89_____, Petitioner has been and presently is a
                            (date)
member in good standing of the bar of the highest Court of the State of _New York_
                                                 (state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or
from the clerk of the supreme court or highest admitting court of each state, territory, or insular
possession of the United States in which the applicant has been admitted to practice law certifying
the applicant's membership therein is in good standing.

4.    That Petitioner was admitted to practice before the following United States District
Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts
of other States on the dates indicated for each, and that Petitioner is presently a member in good
standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
| --- | --- | --- |
| Southern District of New York | 6/1/93 | mf5203 |
| Eastern District of New York | 6/30/93 | me5203 |
| Northern District of Illinois | 10/31/19 | mf5203 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

5.    That there are or have been no disciplinary proceedings instituted against petitioner,
nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory
or administrative body, or any resignation or termination in order to avoid disciplinary or
disbarment proceedings, except as described in detail below:

2

6.      That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

7.      That Petitioner is a member of good standing in the following Bar Associations.

8.      Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | Denied ▾ |
| | | | Denied ▾ |
| | | | Denied ▾ |
| | | | Denied ▾ |
| | | | Denied ▾ |

(If necessary, please attach a statement of additional applications)

9.      Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.     Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11.     Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

1   That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2   FOR THE PURPOSES OF THIS CASE ONLY.

3                                          _Melissa R. Emert_

4                                          Petitioner's signature

    STATE OF Florida          [ ▾ ]  )
5                                     )
    COUNTY OF     Palm Beach          )
6

7          Melissa R. Emert      , Petitioner, being first duly sworn, deposes and says:

8   That the foregoing statements are true.      _Mic R. Emet_

9                                          Petitioner's signature

10  Subscribed and sworn to before me this

11  _20ᵗʰ_ day of _MARCH_ , _2020_

12                                          Notary Public State of Florida
                                            Howard K Lefkowitz
13                                          My Commission GG 010591
                                            Expires 09/17/2020
14  _____
         Notary Public or Clerk of Court

15

16        DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO
            THE BAR OF THIS COURT AND CONSENT THERETO.

17
18        Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

19  believes it to be in the best interests of the client(s) to designate     Jennifer Fornetti     ,
                                                                        (name of local counsel)
20  Attorney at Law, member of the State of Nevada and previously admitted to practice before the

21  above-entitled Court as associate resident counsel in this action. The address and email address of

22  said designated Nevada counsel is:

23                    2350 W. Charleston Blvd. Suite 101
                            (street address)
24
         Las Vegas          ,    Nevada          [ ▾ ] ,    89102
25        (city)                  (state)                 (zip code)

26      702-851-2180          ,    jfornetti@blgwins.com     .
     (area code + telephone number)      (Email address)
27

28                              4                            Rev. 5/16

1  By this designation the petitioner and undersigned party(ies) agree that this designation constitutes

2  agreement and authorization for the designated resident admitted counsel to sign stipulations

3  binding on all of us.

4

5  **APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

6

7  The undersigned party(ies) appoint(s) _____Jennifer Fornetti_____ as

                                             (name of local counsel)

8  his/her/their Designated Resident Nevada Counsel in this case.

9

10  _____
        (party's signature)

11

12  Paul Brodsky, Plaintiff
        (type or print party name, title)

13  _____

14  (party's signature)

15

16  _____
        (type or print party name, title)

17  **CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

18

19

20  _____
Designated Resident Nevada Counsel's signature

21  7644        jfornetti@blgwins.com
    Bar number           Email address

22

23  APPROVED:

24  Dated: March 30, 2020.

25

26  _____
UNITED STATES DISTRICT JUDGE

27

28  5



# Appellate Division of the Supreme Court
## of the State of New York
### Second Judicial Department

I, Aprilanne Agostino, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that **Melissa Robin Emert** was duly licensed and admitted to practice as an Attorney and Counselor-at-Law in all the courts of the State, according to the laws of the State and the court rules and orders, on the 10 th day of **May 1989**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors-at-Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on February 19, 2020.

Aprilanne Agostino

Clerk of the Court