UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

2:20-376-JAD-NJK

KEVIN V. HORNE, on behalf of himself
and all others similarly situated,

        Plaintiff(s),

    vs.

MGM RESORTS INTERNATIONAL

        Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case #2:20-cv-00402-KJD-DJA

**VERIFIED PETITION FOR
PERMISSION TO PRACTICE
IN THIS CASE ONLY BY
ATTORNEY NOT ADMITTED
TO THE BAR OF THIS COURT
AND DESIGNATION OF
LOCAL COUNSEL**

FILING FEE IS $250.00

_____Amanda Fiorilla_____, Petitioner, respectfully represents to the Court:
      (name of petitioner)

1.    That Petitioner is an attorney at law and a member of the law firm of

_____Lowey Dannenberg, P.C._____
                  (firm name)

with offices at _____44 South Broadway, Suite 1100_____,
                    (street address)

_____White Plains_____, _____New York_____, _____10601_____,
     (city)              (state)       (zip code)

_____(914) 997-0500_____, _____afiorilla@lowey.com_____.
(area code + telephone number)    (Email address)

2.    That Petitioner has been retained personally or as a member of the law firm by

_____Plaintiff Kevin V. Horne_____ to provide legal representation in connection with
        [client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3.   That since _____01/23/2020_____, Petitioner has been and presently is a
                              (date)
member in good standing of the bar of the highest Court of the State of _____New York_____
                                                                                    (state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or
from the clerk of the supreme court or highest admitting court of each state, territory, or insular
possession of the United States in which the applicant has been admitted to practice law certifying
the applicant's membership therein is in good standing.

4.   That Petitioner was admitted to practice before the following United States District
Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts
of other States on the dates indicated for each, and that Petitioner is presently a member in good
standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|-------|---------------|------------|
| New Jersey | 02/01/2020 | 317282020 |
| New York | 01/23/2020 | 5772033 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

5.   That there are or have been no disciplinary proceedings instituted against petitioner,
nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory
or administrative body, or any resignation or termination in order to avoid disciplinary or
disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

| | |
|---|---|
| 1 | 6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give |
| 2 | particulars if ever denied admission): |
| 3 | None |
| 4 | |
| 5 | |
| 6 | 7. That Petitioner is a member of good standing in the following Bar Associations. |
| 7 | None |
| 8 | |
| 9 | |
| 10 | 8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 |
| 11 | (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.) |

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None

7. That Petitioner is a member of good standing in the following Bar Associations.

None

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF _____New York_____ )
                                 )
COUNTY OF _____Westchester_____ )

_____Amanda Fiorilla_____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__13__ day of ____May____, __2020__.

_____
Notary Public or Clerk of Court

Jinwan Kim
**Notary Public of New Jersey**
Commission Expires 01/14/2025
ID#2392729

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ___Andrew R. Muehlbauer___,
                                                                                              (name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____Muehlbauer Law Office, Ltd., 7915 West Sahara Avenue, Suite 104_____,
                                    (street address)

_____Las Vegas_____, _____Nevada_____, ___89117___,
        (city)                    (state)              (zip code)

_____(702) 330-4505_____, _____andrew@mlolegal.com_____.
(area code + telephone number)          (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Andrew R. Muehlbauer_____ as
(name of local counsel)

his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Plaintiff Kevin Horne
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

10161          andrew@mlolegal.com
Bar number          Email address

APPROVED:

Dated: March 30, 2020.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

# Supreme Court of New Jersey



# Certificate of Good Standing

*This is to certify that* **AMANDA FIORILLA** *(No.* **317282020** *) was constituted and appointed an Attorney at Law of New Jersey on* **February 01, 2020** *and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.*

*I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.*

*Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.*



*In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this* day of **February**, 20 . **10TH** **20**

*Clerk of the Supreme Court*

-453a-



# State of New York
## Supreme Court, Appellate Division
## Third Judicial Department

---

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

# Amanda Grace Fiorilla

having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the **23rd day of January, 2020**, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.

In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this **23rd day of January, 2020**.

Robert D Mayberger

Clerk