DocuSign Envelope ID: 96A12E16-EEA0-4B7A-864F-33B9AC335C1B

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

JEFFREY SCOTT CAMERON, on behalf of himself and all others similarly situated,

Plaintiff(s),

vs.

MGM RESORTS INTERNATIONAL,

Defendant(s).

2:20-cv-376-JAD-NJK

Case #2:20-cv-00429-JCM-DJA

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

Gary F. Lynch (name of petitioner), Petitioner, respectfully represents to the Court:

1. That Petitioner is an attorney at law and a member of the law firm of Carlson Lynch, LLP (firm name) with offices at 1133 Penn Avenue, 5th Floor (street address), Pittsburgh (city), Pennsylvania (state), 15222 (zip code), 412-322-9243 (area code + telephone number), glynch@carlsonlynch.com (Email address).

2. That Petitioner has been retained personally or as a member of the law firm by Jeffrey Scott Cameron [client(s)] to provide legal representation in connection with the above-entitled case now pending before this Court.

3. That since 12/4/1989 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of Pennsylvania (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| See Exhibit A | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None

7. That Petitioner is a member of good standing in the following Bar Associations.

None

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

DocuSign Envelope ID: 96A12E16-EEA0-4B7A-864F-33B9AC335C1B

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

[signature]
Petitioner's signature

STATE OF Pennsylvania )
)
COUNTY OF Allegheny )

Gary F. Lynch, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

[signature]
Petitioner's signature

Subscribed and sworn to before me this

27th day of March, 2020.

[signature]
Notary Public or Clerk of Court

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Elaine M. McFarland, Notary Public
City of New Castle, Lawrence County
My Commission Expires Aug. 19, 2020
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate Jennifer A. Fornetti (name of local counsel), Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

2350 W. Charleston Blvd, #100,
(street address)

Las Vegas, Nevada, 89102,
(city) (state) (zip code)

702-851-2180, jfornetti@blgwins.com.
(area code + telephone number) (Email address)

DocuSign Envelope ID: 96A12E16-EEA0-4B7A-864F-33B9AC335C1B

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) Jennifer A. Fornetti (name of local counsel) as his/her/their Designated Resident Nevada Counsel in this case.

DocuSigned by:
38046920A7CC494...
(party's signature)

Jeffrey Scott Cameron
(type or print party name, title)

(party's signature)

(type or print party name, title)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

Designated Resident Nevada Counsel's signature

7644
Bar number

jfornetti@blgwins.com
Email address

APPROVED:

Dated: April 6, 2020.

UNITED STATES DISTRICT JUDGE

# Exhibit A

## Gary F. Lynch State and Federal Court Admissions

| Court | Date Admitted | Bar No. |
| --- | --- | --- |
| Commonwealth of Pennsylvania | 12/4/1989 | 56887 |
| State of New York | 4/25/2018 | 5553854 |

| Court | Date Admitted | Bar No. (if any) |
| --- | --- | --- |
| United States District Court, Western District of Pennsylvania | 11/28/1989 | |
| United States District Court, Middle District of Pennsylvania | 12/27/2006 | |
| United States District Court, Eastern District of Pennsylvania | 5/8/2007 | |
| United States District Court, Northern District of Ohio | 4/24/2000 | |
| United States District Court, Southern District of Ohio | 2/12/2006 | |
| United States District Court, Northern District of Illinois | 2/13/2010 | |
| United States District Court, Eastern District of Michigan | 6/15/2010 | |
| United States District Court, Western District of Michigan | 5/28/2013 | |
| United States District Court, Eastern District of Missouri | 1/26/2016 | |
| United States District Court, Central District of Illinois | 3/4/2010 | |
| United States District Court, Western District of New York | 10/7/2011 | |
| United States District Court, District of Maryland | 12/16/2011 | 29779 |
| United States District Court, Eastern District of Wisconsin | 4/18/2016 | |
| United States District Court, District of Colorado | 2/27/2017 | |
| United States Court of Appeals, Third Circuit | 7/5/1994 | |

| | | |
|---|---|---|
| United States Court of Appeals, Ninth Circuit | 6/6/2007 | |
| United States Court of Appeals, Eleventh Circuit | 5/22/2002 | |
| United States Court of Appeals, Seventh Circuit | 4/28/2010 | |
| United States Court of Appeals, Sixth Circuit | 8/15/2011 | |
| United States Court of Appeals, First Circuit | 5/14/2012 | 1152588 |
| United States Court of Appeals, Fifth Circuit | 5/14/2013 | |
| United States Court of Appeals, Second Circuit | 7/13/2015 | |
| United States Court of Appeals, Fourth Circuit | 2/9/2017 | |



# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

***Gary F. Lynch, Esq.***

**DATE OF ADMISSION**

***December 4, 1989***

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

**Witness my hand and official seal**
**Dated: January 31, 2020**

Patricia Nicola

Patricia A. Nicola
Chief Clerk



# State of New York
## Supreme Court, Appellate Division
## Third Judicial Department

---

*I, **Robert D. Mayberger**, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that*

## Gary Francis Lynch

*having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the **25th day of April, 2018**, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.*

*In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this **6th day of February, 2020**.*

Clerk