1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

7
8

IN RE:  MGM RESORTS
INTERNATIONAL DATA BREACH
LITIGATION

9
10
11
12

This Document Relates To: All Actions

13
14

)
)
)
)
)
)
)
)
)
)
)
)
)

Case #  Master File No. 2:20-cv-00376-JAD-NJK

**VERIFIED PETITION FOR**
**PERMISSION TO PRACTICE**
**IN THIS CASE ONLY BY**
**ATTORNEY NOT ADMITTED**
**TO THE BAR OF THIS COURT**
**AND DESIGNATION OF**
**LOCAL COUNSEL**

FILING FEE IS $250.00

15
16

_____Jason J. Kim_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

17
18

1.     That Petitioner is an attorney at law and a member of the law firm of

_____Hunton Andrews Kurth LLP_____

19

(firm name)

20

with offices at _____550 S. Hope Street, Suite 2000_____,
(street address)

21
22

_____Los Angeles_____, _____California_____, ___90071___,
(city)                                              (state)                            (zip code)

23

_____(213) 532-2000_____, _____kimj@HuntonAK.com_____.
(area code + telephone number)              (Email address)

24
25

2.     That Petitioner has been retained personally or as a member of the law firm by

26

_____MGM Resorts International_____ to provide legal representation in connection with
[client(s)]

27

the above-entitled case now pending before this Court.

28

Rev. 5/16

3.     That since ___December 3, 2002___, Petitioner has been and presently is a
                     (date)
member in good standing of the bar of the highest Court of the State of ___California___
                                                                          (state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or
from the clerk of the supreme court or highest admitting court of each state, territory, or insular
possession of the United States in which the applicant has been admitted to practice law certifying
the applicant's membership therein is in good standing.

4.     That Petitioner was admitted to practice before the following United States District
Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts
of other States on the dates indicated for each, and that Petitioner is presently a member in good
standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| California Supreme Court | 12/3/2002 | 221476 |
| U.S. Court of Appeals for the Ninth Circuit | 1/27/2003 | |
| U.S. District Court, Central District of California | 12/13/2002 | |
| U.S. District Court, Northern District of California | 12/31/2009 | ` |
| U.S. District Court, Eastern District of California | 8/16/2011 | |
| U.S. District Court, Southern District of California | 5/9/2012 | |
| | | |

5.     That there are or have been no disciplinary proceedings instituted against petitioner,
nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory
or administrative body, or any resignation or termination in order to avoid disciplinary or
disbarment proceedings, except as described in detail below:

None.

Rev. 5/16

1    6.      That Petitioner has never been denied admission to the State Bar of Nevada.  (Give

2    particulars if ever denied admission):

3    | None. |

4

5

6    7.      That Petitioner is a member of good standing in the following Bar Associations.

7    | None. |

8

9

10    8.      Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2

11    (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

19                    (If necessary, please attach a statement of additional applications)

20    9.      Petitioner consents to the jurisdiction of the courts and disciplinary boards of the

21    State of Nevada with respect to the law of this state governing the conduct of attorneys to the same

22    extent as a member of the State Bar of Nevada.

23    10.     Petitioner agrees to comply with the standards of professional conduct required of

24    the  members of the bar of this court.

25    11.     Petitioner has disclosed in writing to the client that the applicant is not admitted to

26    practice in this jurisdiction and that the client has consented to such representation.

27

28                                    3                          Rev. 5/16

1    That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2    FOR THE PURPOSES OF THIS CASE ONLY.

3

4                                                                      _____
                                                                              Petitioner's signature
     STATE OF _____California_____ )

5                                                    )
     COUNTY OF _____Los Angeles_____ )

6

7    _____Jason J. Kim_____, Petitioner, being first duly sworn, deposes and says:

8    That the foregoing statements are true.

9                                                                      _____
                                                                              Petitioner's signature

10   Subscribed and sworn to before me this

11
                                                                 See attached CA Notary Certificate
12   _____day of_____, _____.    Signed: James J. Johnson
                                                                 Dated: 05-06-2020

13

     _____
14         Notary Public or Clerk of Court

15

16            **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO
                 THE BAR OF THIS COURT AND CONSENT THERETO.**

17
         Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

18   believes it to be in the best interests of the client(s) to designate _____Robert A. Ryan_____,

19                                                                            (name of local counsel)
     Attorney at Law, member of the State of Nevada and previously admitted to practice before the

20
     above-entitled Court as associate resident counsel in this action.  The address and email address of

21
     said designated Nevada counsel is:

22

23   _____Pisanelli Bice PLLC, 400 South 7th Street, Suite 300_____,
                                          (street address)
24
     _____Las Vegas_____, _____Nevada_____, ___89101___,
25            (city)                              (state)                     (zip code)

26   _____(702) 214-2100_____, _____RR@pisanellibice.com_____.
         (area code + telephone number)         (Email address)
27

28                                              44                                    Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____ Robert A. Ryan _____ as

(name of local counsel)

his/her/their Designated Resident Nevada Counsel in this case.

*/s/ Ashley Eddy*
_____
(party's signature)

Ashley Eddy, Senior Vice President and Legal Counsel
_____
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

12084                                    RR@pisanellibice.com
_____
Bar number                          Email address

APPROVED:

Dated: May 15, 2020.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

# Jurat

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document, to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

**State of California**

**County of  Los Angeles**

Subscribed and sworn to (or affirmed) before me on this 06 day of May, 2020

by Jason J. Kim proved to me on the basis of satisfactory evidence to be the person(x) who

appeared before me.



_James J. Johnson_ _____   (Seal)
**Signature**

---

## OPTIONAL INFORMATION

---

### DESCRIPTION OF ATTACHED DOCUMENT

VERIFIED PETITION FOR PERMISSION TO PRACTICE

(TITLE OR DESCRIPTION OF DOCUMENT)

CASE # MASTER FILE NO. 2:20-CV-00376-JAD-NJK

(TITLE OR DESCRIPTION OF DOCUMENT CONTINUED)

**ATTACHMENT A**

**<u>Jason J. Kim Court Admissions</u>**

| Court | Date of Admission | Active Member in Good Standing | Bar Number |
|---|---|---|---|
| California Supreme Court | December 3, 2002 | Yes | 221476 |
| U.S. Court of Appeals for the Ninth Circuit | January 27, 2003 | Yes | - |
| U.S. District Court for the Central District of California | December 13, 2002 | Yes | - |
| U.S. District Court for the Northern District of California | December 31, 2009 | Yes | - |
| U.S. District Court for the Eastern District of California | August 16, 2011 | Yes | - |
| U.S. District Court for the Southern District of California | May 9, 2012 | Yes | - |

**The State Bar**
*of California*

**OFFICE OF ATTORNEY REGULATION
& CONSUMER RESOURCES**

180 Howard Street, San Francisco, CA 94105          888-800-3400          AttorneyRegulation@calbar.ca.gov

# CERTIFICATE OF STANDING

March 23, 2020

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, JASON JONATHAN KIM, #221476 was admitted to the practice of law in this state by the Supreme Court of California on December 3, 2002 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Louise Turner
Custodian of Records