**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE: MGM RESORTS INTERNATIONAL DATA BREACH LITIGATION<br><br>This Document Relates To: All Actions | Case # Master File No. 2:20-cv-00376-JAD-NJK<br><br>**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**<br><br>FILING FEE IS $250.00 |

_____Ann Marie Mortimer_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of
_____Hunton Andrews Kurth LLP_____
(firm name)

with offices at _____550 S. Hope Street, Suite 2000_____,
(street address)

_____Los Angeles_____, _____California_____, _____90071_____,
(city)                       (state)                  (zip code)

_____(213) 532-2000_____, _____amortimer@HuntonAK.com_____.
(area code + telephone number)            (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by
_____MGM Resorts International_____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since **December 13, 1993** (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of **California** (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| California Supreme Court | 12/13/1993 | 169077 |
| U.S. Court of Appeals for the First Circuit | 8/22/2019 | 1190163 |
| U.S. Court of Appeals for the Fourth Circuit | 7/2/2019 | |
| U.S. Court of Appeals for the Ninth Circuit | 9/18/1998 | |
| U.S. District Court, Central District of California | 7/26/1999 | |
| U.S. District Court, Northern District of California | 10/4/2006 | |
| See Attachment A for additional admissions | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

None.

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

| | |
|---|---|
| 1 | That Petitioner respectfully prays that Petitioner be admitted to practice before this Court |
| 2 | FOR THE PURPOSES OF THIS CASE ONLY. |

_____
Petitioner's signature

STATE OF ____California____ )
)
COUNTY OF ____Los Angeles____ )

____Ann Marie Mortimer____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__06th__ day of __May__, __2020__.

See attached CA Notary Certificate
Signed: James J. Johnson
Dated: 05-06-2020

_____
Notary Public or Clerk of Court

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO
THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ____Robert A. Ryan____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

____Pisanelli Bice PLLC, 400 South 7th Street, Suite 300____,
(street address)

____Las Vegas____, ____Nevada____, ____89101____,
(city)            (state)            (zip code)

____(702) 214-2100____, ____RR@pisanellibice.com____.
(area code + telephone number)   (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____Robert A. Ryan_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

*/s/ Ashley Eddy*
(party's signature)

Ashley Eddy, Senior Vice President and Legal Counsel
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

12084                        RR@pisanellibice.com
Bar number                   Email address

APPROVED:

Dated: May 15, 2020.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

# Jurat

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document, to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

**State of California**

**County of Los Angeles**

Subscribed and sworn to (or affirmed) before me on this 06 day of May, 2020 by Ann Marie Mortimer proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____James J. Johnson_____ (Seal)
Signature



## OPTIONAL INFORMATION

### DESCRIPTION OF ATTACHED DOCUMENT

VERIFIED PETITION FOR PERMISSION TO PRACTICE
(TITLE OR DESCRIPTION OF DOCUMENT)

CASE # MASTER FILE NO. 2:20-cv-00376-JAD-NJK
(TITLE OR DESCRIPTION OF DOCUMENT CONTINUED)

# ATTACHMENT A

## Ann Marie Mortimer Court Admissions

| Court | Date of Admission | Active Member in Good Standing | Bar Number |
|---|---|---|---|
| California Supreme Court | December 13, 1993 | Yes | 169077 |
| U.S. Court of Appeals for the First Circuit | August 22, 2019 | Yes | 1190163 |
| U.S. Court of Appeals for the Fourth Circuit | July 2, 2019 | Yes | |
| U.S. Court of Appeals for the Ninth Circuit | September 18, 1998 | Yes | - |
| U.S. District Court for the Central District of California | July 26, 1999 | Yes | - |
| U.S. District Court for the Northern District of California | October 4, 2006 | Yes | - |
| U.S. District Court for the Eastern District of California | November 13, 2008 | Yes | - |
| U.S. District Court for the Southern District of California | September 22, 2006 | Yes | - |
| U.S. Tax Court | February 27, 2015 | Yes | MA0718 |

**The State Bar of California**

OFFICE OF ATTORNEY REGULATION
& CONSUMER RESOURCES

180 Howard Street, San Francisco, CA 94105   888-800-3400   AttorneyRegulation@calbar.ca.gov

# CERTIFICATE OF STANDING

March 23, 2020

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, ANN MARIE MORTIMER, #169077 was admitted to the practice of law in this state by the Supreme Court of California on December 13, 1993 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Louise Turner
Custodian of Records