# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re: MGM Resorts International Data Breach Litigation | Case No.: 2:20-cv-00376-JAD-NJK;<br>Case No.: 2:20-cv-00744-JAD-NJK<br>Case No. 2:20-cv-00749-GMN-NJK |
| | **Order Consolidating Additional Related Cases** |

Based on the notices of related cases[1] and good cause appearing, IT IS HEREBY ORDERED that *Khalilirad v. MGM Resorts International*, Case No. 2:20-cv-00744-JAD-NJK and *Morris v. MGM Resorts International*, Case No. 2:20-cv-00749-GMN-NJK are CONSOLIDATED with this case for all pre-trial purposes. To effectuate this order, the Clerk of Court is directed to:

1.  File a copy of the initial consolidation and scheduling order that was entered in this case [ECF No. 22] in 2:20-cv-00744-JAD-NJK (*Khalilirad*) and 2:20-cv-00749-GMN-NJK (*Morris*) and serve it on counsel for all parties in those cases.

2.  File a copy of the order revising the schedule of deadlines that was entered in this case [ECF No. 61] in 2:20-cv-00744-JAD-NJK (*Khalilirad*) and 2:20-cv-00749-GMN-NJK (*Morris*) and serve it on counsel for all parties in those cases.

3.  And allow the docket in this case to reflect that 2:20-cv-00744-JAD-NJK (*Khalilirad*) and 2:20-cv-00749-GMN-NJK (*Morris*) are member cases.

_____
U.S. District Judge Jennifer A. Dorsey
July 31, 2020

---

[1] ECF No. 78 (supplemental notice); *accord Khalilirad v. MGM Resorts International*, Case No. 2:20-cv-00744-JAD-NJK, at ECF Nos. 7, 6 (notice and amended notice); *Morris v. MGM Resorts International*, Case No. 2:20-cv-00749-GMN-NJK, at ECF No. 8 (notice).