Daniel Bravo, Esq. (SBN 13078)
A. Jill Guingcangco, Esq. (SBN 14717)
**WOLF, RIFKIN, SHAPIRO,
SCHULMAN & RABKIN, LLP**
3556 E. Russell Road, 2nd Floor
Las Vegas, NV 89120
Tel.: 702-341-5200
Fax.: 702-341-5300

*Counsel for Plaintiffs Larry Lawter, Julie Mutsko, Kerri Shapiro, and Victor Wukovits*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: MGM RESORTS INTERNATIONAL DATA BREACH LITIGATION<br><br>This Document Relates To: All Actions | Master File No. 2:20-cv-00376-GMN-NJK<br><br>**PLAINTIFF'S MOTION TO WITHDRAW WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP AS COUNSEL OF RECORD** |

**TO ALL CLERKS OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Local rule IA 11-6(b), Plaintiffs Larry Lawter, Julie Mutsko, Kerri Shapiro and Victor Wukovits ("Plaintiffs"), respectfully moves the Court to withdraw the following attorney who represented Plaintiffs while at the law firm Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP("Wolf Rifkin") as counsel of record for Plaintiff:

 Daniel Bravo, Esq. – dbravo@Wrslawyers.Com
 A. Jill Guingcangco, Esq. - ajg@wrslawyers.com

Neither Wolf Rifkin nor the attorneys identified above are representing Plaintiffs in this action any longer, and they should be removed from all further notices. The law firms Kemp Jones and Berger Montague PC continue to serve as counsel for Plaintiffs in this action through the other attorneys of record identified on the Court's CM/ECF system service list. Accordingly, the proposed withdrawal of Wolf Rifkin will not result in delay of any discovery, hearing or trial. Notice of the proposed withdrawal of the attorneys identified above has already been provided to Plaintiffs, and is

being provided to opposing counsel through this filing.

For the reasons stated above, Plaintiffs respectfully requests that the Court enter an order withdrawing Wolf Rifkin and counsel identified above as counsel of record for Plaintiffs.

Dated: January 25, 2021

Respectfully submitted,

*/s/ Daniel Bravo*
Daniel Bravo, Esq. (SBN 13078)
A. Jill Guingcangco, Esq. (SBN 14717)
**WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP**
3556 E. Russell Road, 2nd Floor
Las Vegas, NV 89120
Tel.: 702-341-5200
Fax.: 702-341-5300
dbravo@wrslawyers.com
ajg@wrslawyers.com
*Counsel for Plaintiffs Larry Lawter, Julie Mutsko, Kerri Shapiro, and Victor Wukovits*

IT IS SO ORDERED.
Dated:  January 26, 2021
.
.
_____
Nancy J. Koppe
United States Magistrate Judge