# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE MGM RESORTS INTERNATIONAL DATA BREACH LITIGATION | Case No. 2:20-cv-00376-GMN-NJK<br>**Order** |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file, no later than August 9, 2021, a joint proposed discovery plan or a status report.

IT IS SO ORDERED.

Dated: July 26, 2021

_____
Nancy J. Koppe
United States Magistrate Judge