# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE MGM RESORTS INTERNATIONAL DATA BREACH LITIGATION | Case No. 2:20-cv-00376-GMN-NJK<br><br>**Order**<br><br>[Docket No. 110] |

Pending before the Court is Plaintiffs' proposed discovery plan (Docket No. 110) and Defendant's status report requesting a stay of discovery (Docket No. 111). Defendant must file a motion to stay discovery by August 13, 2021. That motion will be briefed based on the default schedule in the local rules. *See* Local Rule 7-2(b). In the meantime, Plaintiffs' proposed discovery plan is **DENIED** without prejudice.

IT IS SO ORDERED.

Dated: August 10, 2021

                                                                                         _____
                                                                                         Nancy J. Koppe
                                                                                         United States Magistrate Judge

1