Don Springmeyer (NBN 1021)
KEMP JONES, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, NV 89169
Tel: (702) 385-6000
Email: d.springmeyer@kempjones.com

*Co-Liaison Counsel for Plaintiffs and the Class*

*(Additional Counsel Listed on Signature Page)*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| *In re: MGM Resorts International Data Breach Litigation*<br><br>This Document Relates To: All Actions | Master Case No.: 2:20-cv-00376-GMN-NJK<br><br>**PLAINTIFFS' MOTION TO WITHDRAW JOSHUA T. RIPLEY AS COUNSEL OF RECORD** |

**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Local Rule IA 11-6(b), Plaintiffs Larry Lawter, Julie Mutsko, Kerri Shapiro, and Victor Wukovits ("Plaintiffs") respectfully move the Court to withdraw Joshua T. Ripley as one of their counsel of record. Mr. Ripley represented Plaintiffs while at the law firm of Berger Montague PC ("BM"). Mr. Ripley is no longer an attorney with BM. Accordingly, Plaintiffs request that he be removed from the Court's service list reflected on the docket. Other attorneys at BM, as well as BM's co-counsel, continue to serve as counsel for Plaintiffs through the attorneys of record identified on the Court's docket. The proposed withdrawal of Mr. Ripley will not result in any delays in litigating this action. Notice of the proposed withdrawal of Mr. Ripley is being provided to opposing counsel through this filing.

For the reasons stated above, Plaintiffs respectfully request that the Court approve the

withdrawal of Joshua T. Ripley as counsel of record for Plaintiffs.

DATED this 10th day of August, 2021.

Respectfully submitted,

KEMP JONES, LLP


 /s/ Don Springmeyer
Don Springmeyer (NBN 1021)
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, NV 89169

*Co-Liaison Counsel for the Class*


E. Michelle Drake (*Pro Hac Vice*)
BERGER MONTAGUE, PC
1229 Tyler St., NE Suite 205
Minneapolis, MN 55413
         -and-
Michael Dell'Angelo (*Pro Hac Vice*)
Jon Lambiras (*Pro Hac Vice*)
Reginald Streater
BERGER MONTAGUE, PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103

*Co-Lead Counsel for the Class*


IT IS SO ORDERED.
Dated:  August 11, 2021
.
.
.
_____
Nancy J. Koppe
United States Magistrate Judge