Don Springmeyer, Esq. (NBN 1021)
KEMP JONES, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, NV 89169
Tel: (702) 385-6000
Email: d.springmeyer@kempjones.com

*Co-Liaison Counsel for Plaintiffs and the Class*

*(Additional Counsel Listed on Signature Page)*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| *In re: MGM Resorts International Data Breach Litigation*<br><br>This Document Relates To: All Actions | Master Case No.: 2:20-cv-00376-GMN-NJK<br><br>**PLAINTIFFS' MOTION TO WITHDRAW JON LAMBIRAS AS COUNSEL OF RECORD** |

**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Local Rule IA 11-6(b), Plaintiffs Ryan Bohlim, John Dvorak, Michael Fossett, Duke Hwynn, Larry Lawter, Julie Mutsko, Andrew Sedaghatpour, Kerri Shapiro, Gennady Simkin, Robert Taylor, and Victor Wukovits ("Plaintiffs") respectfully move the Court to withdraw Jon Lambiras as one of their counsel of record. Mr. Lambiras represented Plaintiffs while at the law firm of Berger Montague PC ("BM"). Mr. Lambiras is in the process of leaving BM. Accordingly, Plaintiffs request that he be removed from the Court's service list reflected on the docket.

Other attorneys at BM, as well as BM's co-counsel in this case, continue to serve as counsel for Plaintiffs. The proposed withdrawal of Mr. Lambiras will not result in any delays in litigating this action.

Notice of the withdrawal of Mr. Lambiras is being provided to opposing counsel and all other counsel of record through this filing on the Court's ECF system.

1

1    For the reasons stated above, Plaintiffs respectfully request that the Court approve the
2    withdrawal of Jon Lambiras as counsel of record for Plaintiffs.
3    DATED this 24th day of March, 2022.

Respectfully submitted,

KEMP JONES, LLP

 /s/ Don Springmeyer
Don Springmeyer, Esq. (NBN 1021)
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, NV 89169

*Co-Liaison Counsel for the Class*

E. Michelle Drake (*Pro Hac Vice*)
BERGER MONTAGUE, PC
1229 Tyler St, NE Suite 205
Minneapolis, MN 55413

Michael Dell'Angelo (*Pro Hac Vice*)
Jon Lambiras (*Pro Hac Vice*)
Reginald Streater
BERGER MONTAGUE, PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103

*Co-Lead Counsel for the Class*

**SO ORDERED**.

Dated: March 25, 2022

_____
 United States Magistrate Judge

2