**PISANELLI BICE PLLC**
Todd L. Bice, Bar No. 4534
TLB@pisanellibice.com
Brianna G. Smith, Esq., Bar No. 11795
BGS@pisanellibice.com
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone: (702) 214-2100

**HUNTON ANDREWS KURTH LLP**
Ann Marie Mortimer (pro hac vice)
amortimer@HuntonAK.com
Jason J. Kim (pro hac vice)
kimj@HuntonAK.com
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627
Telephone:  (213) 532-2000
Facsimile:  (213) 532-2020

**HUNTON ANDREWS KURTH LLP**
Neil K. Gilman (pro hac vice)
ngilman@HuntonAK.com
2200 Pennsylvania Avenue, NW, Suite 900
Washington, DC 20037-1701
Telephone:  (202) 955-1500
Facsimile:  (202) 778-2201

Attorneys for Defendant
MGM RESORTS INTERNATIONAL

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:  MGM Resorts International Data Breach Litigation<br><br>This document relates to:  All actions. | CASE NO.: 2:20-CV-00376-GMN-NJK<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO CONSOLIDATED CLASS ACTION COMPLAINT (FIRST REQUEST)** |

Pursuant to Civil Local Rule 6-1, Plaintiffs, on the one hand, and Defendant MGM Resorts International ("MGM"), on the other hand, stipulate and agree as follows:

WHEREAS, Plaintiffs filed their Consolidated Class Action Complaint in this action on April 2, 2021.  ECF No. 101.

WHEREAS, MGM moved to dismiss the Consolidated Class Action Complaint on June 1, 2021.  ECF No. 103.

WHEREAS, on November 2, 2022, the Court granted MGM's motion in part and denied it in part.  ECF No. 128.

WHEREAS, under Rule 12(a)(4) of the Federal Rules of Civil Procedure, MGM's response to Plaintiffs' Consolidated Class Action Complaint is due on or before November 16, 2022.

WHEREAS, Plaintiffs currently are considering whether to file an Amended Consolidated Class Action Complaint.

WHEREAS, in order to harmonize the deadlines for any response to the Consolidated Class Action Complaint or any amendment thereto, and to provide MGM with sufficient time to respond, the parties stipulate and agree that Plaintiffs shall have until November 18, 2022 to file any Amended Consolidated Class Action Complaint and that MGM shall have until December 19, 2022 to respond to the Consolidated Class Action Complaint or any amendment thereto.

WHEREAS, the parties previously stipulated to the scheduling of the deadline by which Plaintiffs would file the Consolidated Class Action Complaint, as well as the briefing schedule for MGM's Rule 12(b) motion.  ECF Nos. 22 & 51.

WHEREAS, the requested extension will not otherwise alter any other deadline already fixed by Court order.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, as follows:

Plaintiffs shall have until November 18, 2022 to file any Amended Consolidated Class Action Complaint.

MGM shall have until December 19, 2022 to respond to the Consolidated Class Action Complaint or any amendment thereto.

**IT IS SO STIPULATED.**

Dated:  November 9, 2022               **PISANELLI BICE PLLC**

                                       By:    */s/ Todd L. Bice*
                                              Todd L. Bice, Esq., #4534
                                              Brianna G. Smith, Esq., #11795
                                              Attorneys for Defendant
                                              MGM RESORTS INTERNATIONAL

Dated:  November 9, 2022               **KEMP JONES, LLP**

                                       By:    */s/ Don Springmeyer*
                                              Don Springmeyer
                                              Attorneys for Plaintiffs

## ORDER

Based on the parties' stipulation and good cause appearing,

**IT IS SO ORDERED.**

DATED: November 10, 2022

United States Magistrate Judge