# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re: MGM RESORTS INTERNATIONAL DATA BREACH LITIGATION | Case No. 2:20-cv-00376-GMN-NJK<br>**Order**<br>[Docket No. 133] |

Pending before the Court is a joint discovery plan. Docket No. 133. The Court hereby **SETS** a scheduling conference for 3:00 p.m. on December 28, 2022, in Courtroom 3C.

IT IS SO ORDERED.

Dated: December 13, 2022

_____
Nancy J. Koppe
United States Magistrate Judge