Douglas J. McNamara  (*pro hac vice*)
**Cohen Milstein Sellers & Toll PLLC**
1100 New York Avenue, N.W.
Suite 500
Washington, D.C.  20005
Tel:  (202) 408-4600
dmcnamara@cohenmilstein.com

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re:  MGM Resorts International Data Breach Litigation<br><br>This Document Relates to:  All Actions | Master Case No. 2:20-cv-00376 – GMN-NJK<br><br>**PLAINTIFFS' MOTION TO WITHDRAW PAUL M. STEPHAN AS COUNSEL OF RECORD** |

PLEASE TAKE NOTICE that pursuant to Local Rule IA 11-6(b), Plaintiffs Ryan Bohlim, John Dvorak, Michael Fossett, Duke Hwynn, Larry Lawter, Julie Mutsko, Andrew Sedaghatpour, Kerri Shapiro, Gennady Simkin, Robert Taylor and Victor Wukovits ("Plaintiffs") respectfully move the Court to withdraw Paul M. Stephan as counsel of record as he is no longer associated with Cohen Milstein Sellers & Toll PLLC. Accordingly, Plaintiffs request that he be permitted to withdraw as counsel of record and be removed from the Court's electronic service list reflected on the docket. Other attorneys at Cohen Milstein, as well as Cohen Milstein's co-counsel, continue to serve as counsel for Plaintiffs through the attorneys of record identified on the Court's docket. The proposed withdrawal of Mr. Stephan will not result in any delays in litigating this action.

Notice of the proposed withdrawal of Mr. Stephan is being provided to opposing counsel through this filing.

For the reasons stated above, Plaintiffs respectfully request that the Court approve the withdrawal of Paul M. Stephan as counsel of record for Plaintiffs.

Dated:  December 20, 2022

Respectfully submitted,

/s/ Douglas J. McNamara
Douglas J. McNamara  (*pro hac vice*)
**Cohen Milstein Sellers & Toll PLLC**
1100 New York Ave., Suite 500
Washington, D.C.  20005
dmcnamara@cohenmilstein.com

Co-lead Counsel for Plaintiffs and the Class

SO ORDERED:

Dated:  December 20, 2022

_____
United States Magistrate Judge