**PISANELLI BICE PLLC**
Todd L. Bice, Esq., Bar No. 4534
TLB@pisanellibice.com
Brianna Smith, Bar No. 11795
BGS@pisanellibice.com
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, NV  89101
Telephone:  702.214.2100

**HUNTON ANDREWS KURTH LLP**
Ann Marie Mortimer (pro hac vice)
amortimer@HuntonAK.com
Jason J. Kim (pro hac vice)
kimj@HuntonAK.com
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627
Telephone: (213) 532-2000
Facsimile: (213) 532-2020

**HUNTON ANDREWS KURTH LLP**
Neil K. Gilman (pro hac vice)
ngilman@HuntonAK.com
2200 Pennsylvania Avenue, NW, Suite 900
Washington, DC 20037-1701
Telephone: (202) 955-1500
Facsimile: (202) 778-2201

Attorneys for Defendant
MGM RESORTS INTERNATIONAL

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| *IN RE:  MGM RESORTS INTERNATIONAL DATA BREACH LITIGATION*<br><br>This Document Relates To:  All actions. | Case No. 2:20-cv-00376-GMN-NJK<br><br>**MOTION TO WITHDRAW AVA M. SCHAEFER, ESQ. AS COUNSEL OF RECORD** |

1

1  PLEASE TAKE NOTICE that, pursuant to Local Rule IA 11-6(b), Defendant MGM Resorts International respectfully requests that this Court (1) permit Ava M. Schaefer, Esq. to withdraw as one of its counsel of record as she is no longer associated with the law firm of PISANELLI BICE PLLC, and (2) remove her from the electronic service list. The undersigned counsel continues to represent MGM Resorts International. The proposed withdrawal of Ms. Schaefer will not result in any delays in litigating this action. Notice of the proposed withdrawal of Ms. Schaefer is being provided to all counsel through this filing.

Dated: March 21, 2023

**PISANELLI BICE PLLC**

By: /s/ Brianna Smith
     Todd L. Bice
     Brianna Smith
     Attorneys for Defendant
     MGM RESORTS INTERNATIONAL

**HUNTON ANDREWS KURTH LLP**
     Ann Marie Mortimer
     Neil K. Gilman
     Jason J. Kim
     Attorneys for Defendant
     MGM RESORTS INTERNATIONAL

IT IS SO ORDERED.
Dated: March 22, 2023
.
.
_____
Nancy J. Koppe
United States Magistrate Judge