| | |
|---|---|
| 1 | **PISANELLI BICE PLLC** |
| 2 | Todd L. Bice, Esq., Bar No. 4534<br>TLB@pisanellibice.com |
| 3 | Brianna Smith, Bar No. 11795<br>BGS@pisanellibice.com |
| 4 | PISANELLI BICE PLLC<br>400 South 7th Street, Suite 300 |
| 5 | Las Vegas, NV 89101<br>Telephone: 702.214.2100 |
| 6 | **HUNTON ANDREWS KURTH LLP** |
| 7 | Ann Marie Mortimer (pro hac vice)<br>amortimer@HuntonAK.com |
| 8 | Jason J. Kim (pro hac vice)<br>kimj@HuntonAK.com |
| 9 | 550 South Hope Street, Suite 2000 |
| 10 | Los Angeles, California 90071-2627<br>Telephone: (213) 532-2000 |
| 11 | Facsimile: (213) 532-2020 |
| 12 | **HUNTON ANDREWS KURTH LLP** |
| 13 | Neil K. Gilman (pro hac vice)<br>ngilman@HuntonAK.com |
| 14 | 2200 Pennsylvania Avenue, NW, Suite 900<br>Washington, DC 20037-1701 |
| 15 | Telephone: (202) 955-1500<br>Facsimile: (202) 778-2201 |
| 16 | |
| 17 | Attorneys for Defendant<br>MGM RESORTS INTERNATIONAL |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| *IN RE:  MGM RESORTS INTERNATIONAL DATA BREACH LITIGATION*<br><br>This Document Relates To:  All actions. | Case No. 2:20-cv-00376-GMN-NJK<br><br>**MOTION TO WITHDRAW ROBERT A. RYAN, ESQ. AS COUNSEL OF RECORD** |

1

PLEASE TAKE NOTICE that, pursuant to Local Rule IA 11-6(b), Defendant MGM Resorts International respectfully requests that this Court (1) permit Robert A. Ryan, Esq. to withdraw as one of its counsel of record as he is no longer associated with the law firm of PISANELLI BICE PLLC, and (2) remove him from the electronic service list. The undersigned counsel continues to represent MGM Resorts International. The proposed withdrawal of Mr. Ryan will not result in any delays in litigating this action. Notice of the proposed withdrawal of Mr. Ryan is being provided to all counsel through this filing.

Dated: March 21, 2023

**PISANELLI BICE PLLC**

By:    /s/ Brianna Smith
      Todd L. Bice
      Brianna Smith
      Attorneys for Defendant
      MGM RESORTS INTERNATIONAL

**HUNTON ANDREWS KURTH LLP**
      Ann Marie Mortimer
      Neil K. Gilman
      Jason J. Kim
      Attorneys for Defendant
      MGM RESORTS INTERNATIONAL

IT IS SO ORDERED.
Dated: March 22, 2023
.
.
_____
Nancy J. Koppe
United States Magistrate Judge

PISANELLI BICE PLLC
400 SOUTH 7TH STREET, SUITE 300
LAS VEGAS, NEVADA 89101

2