Don Springmeyer, Esq. (NBN 1021)
KEMP JONES, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, NV 89169
Tel:  (702) 385-6000
Fax : (702) 385-6001
Email: d.springmeyer@kempjones.com

Miles N. Clark, Esq. (NBN 13848)
LAW OFFICES OF MILES N. CLARK, LLC
5510 S. Fort Apache Rd., Suite 30
Las Vegas, NV 89148-7700
Tel:  (702) 856-7430
Fax: (702) 522-2370
Email: miles@milesclarklaw.com

*Co-Liaison Counsel for Plaintiffs and the Class*

*(Additional Counsel Listed on Signature Page)*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| In re: MGM Resorts International Data Breach Litigation | Case No.: 2:20-cv-00376-GMN-NJK<br><br>**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF JOHN DVORAK AS NAMED PLAINTIFF AND PROPOSED CLASS REPRESENTATIVE** |
|---|---|

1  Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff John Dvorak and Defendant MGM Resorts International hereby file this joint stipulation of voluntary dismissal, through the undersigned counsel, of John Dvorak's claims and service as a named plaintiff and proposed Class representative in the above captioned action (Case No.: 2:20-CV-00376-GMN-NJK) without prejudice. Notwithstanding this stipulated dismissal, the action will continue as to all other named plaintiffs and their claims. Mr. Dvorak retains the right to remain an absent Class member in the event that the Court certifies a class.

DATED this 8th day of August, 2023.

| | |
|---|---|
| KEMP JONES, LLP | HUNTON ANDREWS KURTH LLP |
| /s/ Don Springmeyer | /s/ Jason J. Kim |
| Don Springmeyer, Esq. (NBN 1021) | Anne Marie Mortimer (*Pro Hac Vice*) |
| 3800 Howard Hughes Parkway, 17th Floor | Jason J. Kim (*Pro Hac Vice*) |
| Las Vegas, NV 89169 | 550 South Hope Street, Suite 2000 |
| | Los Angeles, CA 90071-2627 |
| LAW OFFICES OF MILES N. CLARK, LLC | |
| Miles N. Clark, Esq. (NBN 13848) | PISANELLI BICE PLLC |
| 5510 S. Fort Apache Rd., Suite 30 | Todd L. Bice, Esq. (NBN 4534) |
| Las Vegas, NV 89148-7700 | Brianna Smith, Esq. (NBN 11795) |
| | 400 South 7th Street, Suite 300 |
| *Co-Liaison Counsel for Plaintiffs and the Class* | Las Vegas, Nevada 89101 |
| | |
| BERGER MONTAGUE, PC | HUNTON ANDREWS KURTH LLP |
| E. Michelle Drake (*Pro Hac Vice*) | Neil K. Gilman (*Pro Hac Vice*) |
| 1229 Tyler Street NE, Suite 205 | 2200 Pennsylvania Avenue, NW, Suite 900 |
| Minneapolis, MN 55413 | Washington, DC 20037-1701 |
| | |
| BERGER MONTAGUE, PC | *Attorneys for Defendant* |
| Michael Dell'Angelo (*Pro Hac Vice*) | *MGM RESORTS INTERNATIONAL* |
| 1818 Market Street, Suite 3600 | |
| Philadelphia, PA 19103 | |
| | |
| COHEN MILSTEIN SELLERS & TOLL, PLLC | |
| Douglas J. McNamara (*Pro Hac Vice*) | |
| Claire E. Torchiana *(Pro Hac Vice)* | |
| 1100 New York Ave., 5th Floor | |
| Washington, DC 20005 | |
| | |
| GIBBS LAW GROUP, LLP | |
| David M. Berger (*Pro Hac Vice*) | |
| Eric H. Gibbs (*Pro Hac Vice*) | |

- 1 -

|   |   |
|---|---|
| 1 | 1111 Broadway, Suite 2100 |
|   | Oakland, CA 94607 |
| 2 |   |
|   | MORGAN & MORGAN |
| 3 | COMPLEX LITIGATION GROUP |
|   | John A. Yanchunis (*Pro Hac Vice*) |
| 4 | Jean S. Martin (*Pro Hac Vice*) |
|   | Marcio Valladares (*Pro Hac Vice*) |
| 5 | 201 N. Franklin Street, 7th Floor |
|   | Tampa, FL 33602 |
| 6 |   |
| 7 | *Co-Lead Counsel for Plaintiffs and the Class* |

**ORDER**

IT IS SO ORDERED.

DATED this   8   day of   August  , 2023.

_____
HON. GLORIA M. NAVARRO
UNITED STATES DISTRICTC COURT JUDGE