Marcio W. Valladares
(Admitted *Pro Hac Vice*)
**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Tel.: 813-223-5505
Fax: 813-223-5402
mvalladares@forthepeople.com
*Counsel for Plaintiff John Smallman*

Miles N. Clark (NBN 13848)
Law Offices of Miles N. Clark, LLC
5510 S. Fort Apache Rd., Suite 30
Las Vegas, NV 89148-7700
Phone: (702) 856-7430
Fax: (702) 552-2370
Email: miles@milesclarklaw.com
*Counsel for Plaintiff John Smallman*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: MGM Resorts International Data Breach Litigation<br><br>This Document Relates To: All actions. | Master File No.: 2:20-cv-00376-GMN-NJK<br><br>**MOTION BY ATTORNEY MARCIO W. VALLADARES TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF JOHN SMALLMAN** |

Pursuant to Local Rule 11-6, attorney Marcio W. Valladares moves to withdraw as counsel of record for Plaintiff John Smallman. Counsel seeks the requested relief for the following reasons:

Counsel is leaving private practice to work for the U.S. Department of Justice.

In accord with Local Rule 11-6(a), counsel is concurrently herewith serving a copy of this motion to Plaintiff John Smallman and, by cm-ecf, to all counsel of record.

1

1  In accord with Local Rule 11-6(e) counsel's withdrawal will not result in delay of discovery,
2  trial, or any hearing (of which none are presently scheduled) in this matter.
3  The Court is vested with inherent authority to control its own docket and to grant the relief
4  requested.
5  WHEREFORE, Marcio W. Valladares respectfully requests that the Court enter an order (1)
6  granting this motion, (2) permitting Mr. Valladares to withdraw as attorney of record for Plaintiff
7  John Smallman, and (3) directing the Clerk to terminate Mr. Valladares as counsel of record in this
8  matter.
9  DATED:  September 21, 2023

By: /s/ Miles N. Clark

Miles N. Clark (NBN 13848)
Law Offices of Miles N. Clark, LLC
5510 S. Fort Apache Rd, Suite 30
Las Vegas, NV 89148-7700
Phone: (702) 856-7430
Fax: (702) 552-2370
Email: miles@milesclarklaw.com

Marcio Valladares
MORGAN & MORGAN
COMPLEX LITIGATION GROUP
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Tel.: 813-223-5505
Fax: 813-223-5402
mvalladares@forthepeople.com

*Attorneys for Plaintiff John Smallman*

IT IS SO ORDERED.
Dated:  September 22, 2023
.
.
_____
Nancy J. Koppe
United States Magistrate Judge