1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Don Springmeyer, Esq. (NBN 1021)
KEMP JONES, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, NV 89169
Tel: (702) 385-6000
Email: d.springmeyer@kempjones.com

Miles N. Clark (NBN 13848)
LAW OFFICES OF MILES N. CLARK, LLC
5510 S. Fort Apache Rd., Suite 30
Las Vegas, NV 89148-7700
Tel: (702) 856-7430
Email: miles@milesclarklaw.com

*Co-Liaison Counsel for Plaintiffs and the Class*

*(Additional Counsel Listed on Signature Page)*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| In re: MGM Resorts International Data Breach Litigation | Case No.: 2:20-CV-00376-GMN-NJK |
| --- | --- |
| | **STIPULATION AND [PROPOSED] ORDER REGARDING MODIFICATION OF DISCOVERY SCHEDULE (First Request)** |

Pursuant to Federal Rules of Civil Procedure 16 and Civil Local Rules  IA 6-1 and 6-2, Plaintiffs Ryan Bohlim, Duke Hwynn, Andrew Sedaghatpour, Gennady Simkin, Robert Taylor, Michael Fossett, Victor Wukovits, Kerri Shapiro, Julie Mutsko, Larry Lawter, individually and on behalf of those similarly situated (collectively, "Plaintiffs") and Defendant MGM Resorts International ("MGM") (collectively, the "Parties"), stipulate to and request the following modification of the Case Management Schedule [ECF No. 143], seeking (1) a brief extension of the interim fact discovery cutoff by three months, and (2) adjustments to other case deadlines accordingly. Notwithstanding the Parties' diligence in propounding and responding to discovery, this request is necessary to complete approximately 17 contemplated depositions, which is complicated by  the upcoming holidays, the geographical dispersion of witnesses, the need to complete and review document productions for purposes of examining witnesses at deposition, complications related to the fact that the vast majority of MGM witnesses no longer work for the company; as well as the need to work through certain third-party discovery disputes that the parties have been diligently attempting to resolve cooperatively and without the need for Court intervention, and the need to investigate the potential relationship between this case and a subsequent security incident MGM experienced in September 2023. This is the Parties' first request to modify the case management schedule.

### Modification of the Case Management Schedule

WHEREAS, on December 29, 2022, the Court entered the interim fact discovery cutoff deadline for December 19, 2023, and also set the following deadlines: Initial class certification experts:  January 18, 2024; Rebuttal class certification experts:  March 4, 2024; Class certification expert discovery cutoff:  April 3, 2024; Motion for class certification:  April 24, 2024; Motion(s) to exclude class certification experts:  April 24, 2024; Private mediation deadline:  July 17, 2024; Joint status report regarding private mediation:  July 24, 2024. (ECF No. 143).

WHEREAS, the Parties have engaged in and completed significant discovery, including by (a) serving and responding to multiple discovery requests and interrogatories since February 2023, and meeting and conferring regarding the same (41 requests for production and 7 interrogatories propounded by Plaintiffs; 41 requests for production, 17 requests for admission,

and 10 interrogatories propounded by MGM); (b) MGM's production of over 12,000 documents; (c) Plaintiffs' production of approximately 5,000 documents; (d) the Parties' ongoing and extensive review of those documents; (d) meeting and conferring to discuss the scope of discovery responses and the scheduling of depositions in a cooperative fashion to avoid burdening the Court with needless motion practice; (e) Plaintiffs' deposition of a third-party in this case and serving two other third-party document and deposition subpoenas;

WHEREAS, the Parties anticipate substantially completing their document productions in the coming weeks, including the additional production of approximately 800 documents by Plaintiffs; and an additional volume of documents from MGM; however, the Parties still need to complete 15 agreed-upon party depositions and 2 contemplated third-party depositions, all of which is complicated by the upcoming holidays, the geographical dispersion of witnesses, the need to complete and review document productions for purposes of examining witnesses at deposition, as well as additional complications related to the fact that the vast majority of MGM witnesses no longer work for the company;

WHEREAS, Plaintiffs have served third-party deposition subpoenas and anticipate potential discovery motion practice in the forum where one third-party is located if the Parties cannot resolve matters informally;

WHEREAS, the Parties are discussing further discovery arising from the September 10, 2023 security incident that impacted MGM, which they have sought to explore with counsel in this case and counsel in *Lackey v. MGM Resorts International*, Case No. 2:23-cv-01549 (D. Nev. 2023);

WHEREAS, Plaintiffs contend that discovery regarding the September 2023 security incident may be relevant to the scope and terms of potential injunctive relief in this case and is therefore necessary prior to filing their motion for class certification;

WHEREAS, Defendants contend that discovery regarding the September 2023 security incident does not bear on the 2019 security incident, which involved a different threat actor, threat vector, and systems;

WHEREAS, notwithstanding the Parties' disagreement over the relevance of discovery

regarding the September 2023 security incident, they have been working cooperatively to resolve that dispute without the need for motion practice that otherwise would burden the Court;

WHEREAS, the Parties require a modest three-month extension to complete depositions and to resolve any outstanding discovery disputes concerning third-party discovery and the 2023 security incident, in order to adequately and fully brief class certification and otherwise litigate the case;

WHEREAS, the Parties met and conferred telephonically on October 17, 2023, and October 31, 2023, and have reached an agreement;

Accordingly, **IT IS HEREBY STIPULATED AND AGREED** between the Parties, and subject to Court approval, that:

1. The fact discovery cutoff deadline is extended from December 19, 2023, to March 19, 2024;

2. All other deadlines are correspondingly extended by three months, to correspond to the following deadlines:

| Event | Prior Deadline (ECF No. 133). | (Proposed) Updated Deadline |
|---|---|---|
| Fact discovery cutoff | December 19, 2023 | March 19, 2024 |
| Initial class certification experts | January 18, 2024 | April 18, 2024 |
| Rebuttal class certification experts | March 4, 2024 | June 4, 2024 |
| Class certification expert discovery cutoff | April 3, 2024 | July 3, 2024 |
| Motion for class certification | April 24, 2024 | July 24, 2024 |
| Motion(s) to exclude class certification experts | April 24, 2024 | July 24, 2024 |
| Private mediation deadline | July 17, 2024 | October 17, 2024 |
| Joint status report regarding private mediation | July 24, 2024 | October 24, 2024 |

IT IS SO ORDERED.
Dated:  November 8, 2023

.

.

_____

Nancy J. Koppe
United States Magistrate Judge

- 3 -

DATED this 6<u>th</u> day of November, 2023.

| | |
|---|---|
| HUNTON ANDREWS KURTH LLP | KEMP JONES, LLP |
| | |
| _/s/  Jason J. Kim_ | _/s/  Don Springmeyer_ |
| Anne Marie Mortimer *(pro hac vice)* | Don Springmeyer, Esq. (NBN 1021) |
| Jason J. Kim *(pro hac vice)* | 3800 Howard Hughes Parkway, 17th Floor |
| 550 South Hope Street, Suite 2000 | Las Vegas, Nevada 89169 |
| Los Angeles, California 90071-2627 | |
| | |
| Todd L. Bice, Esq. (NBN 4534) | Miles N. Clark, Esq. (NBN 13848) |
| Brianna Smith, Esq. (NBN 11795) | LAW OFFICES OF MILES N. CLARK, LLC |
| PISANELLI BICE PLLC | 5510 S. Fort Apache Rd., Suite 30 |
| 400 South 7th Street, Suite 300 | Las Vegas, Nevada 89148-7700 |
| Las Vegas, Nevada 89101 | |
| | *Co-Liaison Counsel for Plaintiffs and the Class* |
| | |
| Neil K. Gilman *(pro hac vice)* | E. Michelle Drake (p*ro hac vice*) |
| HUNTON ANDREWS KURTH LLP | BERGER MONTAGUE, PC |
| 2200 Pennsylvania Avenue, NW, Suite 900 | 1229 Tyler Street NE, Suite 205 |
| Washington, D.C 20037-1701 | Minneapolis, Minnesota 55413 |
| | |
| *Attorneys for Defendant* | |
| *MGM Resorts International* | |
| | Michael Dell'Angelo (p*ro hac vice*) |
| | Reginald Streater |
| | Mark DeSanto |
| | BERGER MONTAGUE, PC |
| | 1818 Market Street, Suite 3600 |
| | Philadelphia, Pennsylvania 19103 |
| | |
| | Douglas J. McNamara (p*ro hac vice*) |
| | Karina G. Puttieva (p*ro hac vice*) |
| | COHEN MILSTEIN SELLERS & TOLL, PLLC |
| | 1100 New York Ave., 5th Floor |
| | Washington, D.C. 20005 |
| | |
| | Claire L. Torchiana (p*ro hac vice*) |
| | COHEN MILSTEIN SELLERS & TOLL, PLLC |
| | 88 Pine Street, 14th Fl. |
| | New York, New York 10005 |
| | |
| | David M. Berger (p*ro hac vice*) |
| | Eric H. Gibbs (p*ro hac vice*) |
| | GIBBS LAW GROUP, LLP |
| | 1111 Broadway, Suite 2100 |
| | Oakland, California 94607 |

John A. Yanchunis (*pro hac vice*)
Jean S. Martin (*pro hac vice*)
Marcio Valladares (*pro hac vice*)
MORGAN & MORGAN
COMPLEX LITIGATION GROUP
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602

*Co-Lead Counsel for Plaintiffs and the Class*