**PISANELLI BICE PLLC**
Todd L. Bice, Bar No. 4534
TLB@pisanellibice.com
Brianna Smith, Bar No. 11795
BGS@pisanellibice.com
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone: (702) 214-2100

**HUNTON ANDREWS KURTH LLP**
Ann Marie Mortimer (pro hac vice)
amortimer@HuntonAK.com
Jason J. Kim (pro hac vice)
kimj@HuntonAK.com
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627
Telephone:  (213) 532-2000
Facsimile:  (213) 532-2020

**HUNTON ANDREWS KURTH LLP**
Neil K. Gilman (pro hac vice)
ngilman@HuntonAK.com
2200 Pennsylvania Avenue, NW, Suite 900
Washington, DC 20037-1701
Telephone:  (202) 955-1500
Facsimile:  (202) 778-2201

Attorneys for Defendant
MGM RESORTS INTERNATIONAL

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:  MGM Resorts International Data Breach Litigation<br><br>This document relates to:  All actions. | CASE NO.:  2:20-CV-00376-GMN-NJK<br><br>**DEFENDANT'S RESPONSE TO PLAINTIFFS' NOTICE OF RELATED CASES** |

Plaintiffs seek to relate ten (10) additional lawsuits to this one, claiming they "involve the same claims based on similar facts being alleged against the same Defendant on behalf of substantially overlapping putative classes." ECF No. 183, at 1:21-23. Plaintiffs fail to meet the requirements of LR 42-1. The ten (10) additional lawsuits (the "2023 Actions"), filed more than three years later, involve a wholly distinct security incident that occurred more than five years after the security incident at issue here, and are nowhere near the progress of this action. Plaintiffs have failed to establish any overlap that would justify a complete disturbance of the progress of this action beyond the identity of the defendant and use of the term "data breach." Indeed, by the time the pleadings have settled in the 2023 Actions, discovery likely will be closed in this action, and Plaintiffs likely will have moved for class certification. Moreover, the overwhelming majority of individuals with knowledge about the 2019 security incident are former MGM employees who did not even work at MGM when the 2023 security incident occurred.

Given the four-year lapse between the two incidents, as well as the fact that witnesses relevant to the 2019 security incident largely no longer worked for MGM at the time of the 2023 security incident, there will be a distinct set of documents relevant to the 2023 security incident. Those documents have yet to be identified, located or produced. The parties to this action have already substantially completed document productions, negotiating and resolving discovery disputes specific to those productions. Reopening the doors of discovery to encompass an entirely new universe of documents, custodians, search terms, etc., will set the progress of the case back significantly.

For these reasons, Plaintiffs have failed to establish the 2023 Actions are related to this one, and their request to relate them should be denied. Nonetheless, if the Court is inclined to consider Plaintiffs' request, MGM respectfully requests the opportunity to brief Plaintiffs' failure to meet the requirements of LR 42-1.

Dated:  December 8, 2023

**HUNTON ANDREWS KURTH LLP**
Ann Marie Mortimer
Neil K. Gilman
Jason J. Kim

**PISANELLI BICE PLLC**

By:  */s/ Todd L. Bice*
Todd L. Bice, Esq., #4534
Brianna Smith, Esq., #11795
400 South 7th Street, Suite 300
Las Vegas, Nevada  89101

*Attorneys for Defendant*
MGM RESORTS INTERNATIONAL