Nathan R. Ring
**STRANCH, JENNINGS & GARVEY, PLLC**
3100 W. Charleston Boulevard, Suite 208
Las Vegas, NV 89102
Telephone: (725) 235-9750
nring@stranchlaw.com

Linda P. Nussbaum (*pro hac vice* pending)
**NUSSBAUM LAW GROUP**
1133 Avenue of the Americas, 31st floor
New York, NY 10036
Telephone (917) 438-9189
lnussbaum@nussbaumpc.com

James E. Cecchi (*pro hac vice* pending)
Caroline F. Bartlett (*pro hac vice* pending)
**CARELLA BYRNE CECCHI BRODY & AGNELLO, PC**
5 Becker Farm Road
Roseland, NJ 07068
Telephone: (973) 994-1700
jcecchi@carellabyrne.com
cbartlett@carellabyrne.com

*Counsel for Plaintiff Michael Manson in 2023 Action*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: MGM Resorts International Data Breach Litigation | Case No.: 2:20-CV00376-GMN-NJK<br><br>**2023 MGM PLAINTIFF MICHAEL MANSON'S RESPONSE IN OPPOSITION TO 2019 PLAINTIFFS' NOTICE OF RELATED CASES PURSUANT TO LOCAL RULE 42.1[1]** |

---

[1] The filing refers to "Local Rule 42.1" but the correct notation is "42-1."

Plaintiff Michael Manson, individually and on behalf of all others similarly situated, hereby files this Notice of Opposition to Notice of Related Cases Pursuant to Local Rule 42-1 [D.E. 183].

On December 6, 2023, plaintiffs in the *In re MGM Resorts International Data Breach Litigation*, 2:20-cv-00376-GMN-NJK, filed a Notice of Related Cases, purporting to relate 10 cases filed between September and November, 2023. The cases are:

*Owens v. MGM Resorts Int'l,* No. 2:23-cv-01480-JAD-VCF, filed on September 21, 2023

*Kirwan v. MGM Resorts Int'l,* No. 2:23-cv-01481-RFB-DJA, filed on September 21, 2023

*Zussman v. VICI Properties, LP*, No. 2:23-cv-01537-CDS-BNW, filed September 27, 2023

*Lackey v. MGM Resorts Int'l,* No. 2:23-cv-01549-RFB-NJK, filed September 28, 2023

*Pircio v. MGM Resorts Int'l,* No. 2:23-cv-01550-CDS-NJK, filed September 28, 2023

*Terezo v. MGM Resorts Int'l,* No. 2:23-cv-01577-JAD-VCF, filed October 3, 2023

*Rundell v. MGM Resorts Int'l,* No. 2:23-cv-01698-CDS-DJA, filed October 18, 2023

*Bezak v. MGM Resorts Int'l,* No. 2:23-cv-01719-RFB-BNW, filed October 20, 2023

*Zari v. MGM Resorts Int'l,* No. 2:23-cv-01777-CDS-BNW, filed November 1, 2023

*Manson v. MGM Resorts Int'l,* No. 2:23-cv-01826-CDS-EJY, filed November 7, 2023

Plaintiffs in the *In re MGM Resorts International Data Breach Litigation*, filed in 2020, purport to relate the above cases filed in 2023 because "they involve the same claims based on similar facts being alleged against the same Defendant on behalf of substantially overlapping punitive classes." This is false.

The above cases do not involve the same claims, are not based on similar facts and do not represent substantially overlapping putative classes as the case consolidated as *In re MGM International Data Breach Litigation* ("*In re MGM*"). The Consolidated Class Action Complaint, filed on April 2, 2021 in *In re MGM* alleges a data breach on July 7, 2019 which was disclosed on September 7, 2019. In contrast, the 10 cases filed between September and November, 2023 allege

a *different* data security incident based on a failure to secure personally identifiable information ("PII") for MGM's loyalty program on July 29, 2023, which was disclosed on October 19, 2023. Accordingly, the facts are entirely different and the putative classes in *In re MGM* do not overlap with the proposed classes in the 10 cases.

The putative class members in the 10 cases are not the same people whose claims are being litigated in *In re MGM*. The 10 cases alleged facts different from those alleged in *In re MGM*. As a result, there is little risk of inconsistent judgments.

Local Rule 7–2.1 provides that two actions may be considered to be related when they involve the same parties and are based on the same or similar claims; when they involve the same property, transaction or event; or when they involve similar questions of law and fact and their assignment to the same district judge is likely to "effect substantial savings of judicial effort." *Firefighters, Local 1908 v. County of Clark*, 2021 WL 1986590 (D. Nev. June 1, 2012).

Local Rule 42-1(a) requires parties to file a notice of related cases when "an action on file or about to be filed is related to another action on file (whether active *or terminated*)." The rule states that actions are "related" when "(1) [b]oth actions involve the same parties and are based on the same or similar claim," *Barragan v. Clarity Servs., Inc.*, 2021 WL 1226537 (D. Nev. Mar. 31, 2021).

The actions do not involve the same event or claim and do not involve similar questions of fact such that assignment to the same district judge would represent a substantial savings of judicial effort. In addition, the actions are at a different procedural posture. *In re MGM* is past the motion to dismiss stage and discovery is ongoing. In contrast, there is no motion to dismiss pending in the 10 cases. Relating the cases with *In re MGM* would "not save judicial resources, and has the real possibility of confusing the factual and legal issues at stake in both suits" *Firefighters*, 2021 WL 1986590, at *3; *Powell v. Andrus*, 2023 WL 7153680 (E.D. Cal. Oct. 31,

2023) ( noting that the cases "do not involve the same parties, claims, property, transaction, or events; they do not involve a similar question of law or fact; and there does not appear to be any other reason relating these cases would effect a substantial savings of judicial effort or prevent the substantial duplication of labor.").

For the above reasons, the Court should decline to relate the 10 cases with *In re MGM*.

December 27, 2023                                   Respectfully Submitted,

/s/ Nathan R. Ring
Nathan R. Ring
Nevada State Bar No. 12078
**STRANCH, JENNINGS & GARVEY**
3100 W. Charleston Blvd., Suite 208
Las Vegas, NV 89102
Telephone: (725) 235-9750
lasvegas@stranchlaw.com

Linda P. Nussbaum (*pro hac vice* pending)
**NUSSBAUM LAW GROUP**
1133 Avenue of the Americas, 31st floor
New York, NY 10036
Telephone (917) 438-9189
lnussbaum@nussbaumpc.com

James E. Cecchi (*pro hac vice* pending)
Caroline F. Bartlett (*pro hac vice* pending)
**CARELLA BYRNE CECCHI**
**BRODY & AGNELLO, PC**
5 Becker Farm Road
Roseland, NJ 07068
Telephone: (973) 994-1700
jcecchi@carellabyrne.com
cbartlett@carellabyrne.com