David M. Berger
(Admitted *Pro Hac Vice*)
**GIBBS LAW GROUP LLP**
1111 Broadway, Suite 2100
Oakland, California 94607
Tel.: 510-350-9700
Fax: 510-350-9701
dmb@classlawgroup.com
*Interim Class Counsel*

Douglas J. McNamara
(Admitted *Pro Hac Vice*)
**COHEN MILSTEIN SELLERS & TOLL, PLLC**
1100 New York Ave, 5th
Floor Washington, DC 20005
Tel.: 202-408-4600
Fax: 202-408-4699
dmcnamara@cohenmilstein.com
*Interim Class Counsel*

John A. Yanchunis
(Admitted *Pro Hac Vice*)
**MORGAN & MORGAN
COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th
Floor Tampa, Florida 33602
Tel.: 813-223-5505
Fax: 813-223-5402
jyanchunis@forthepeople.com
*Interim Class Counsel*

E. Michelle Drake
(Admitted *Pro Hac Vice*)
**BERGER MONTAGUE PC**
43 SE Main Street, Suite 505
Minneapolis, MN 55414
Tel.: 612-594-5999
Fax: 612-584-4470
emdrake@bm.net
*Interim Class Counsel*

Miles N. Clark (NBN 13848)
**LAW OFFICES OF
MILES N CLARK, LLC**
5510 S. Fort Apache Rd, Suite
30 Las Vegas, NV 89148-7700
Telephone: (702) 856-7430
Facsimile: (702) 552.2370
miles@milesclarklaw.com
*Liaison Counsel*

Don Springmeyer (NBN 1021)
**KEMP JONES LLP**
3800 Howard Hughes Pkwy, 17th Fl.
Las Vegas, NV 89165
Telephone: 702-385-6000
Facsimile: 702-385-6001
d.springmeyer@kempjones.com
*Liaison Counsel*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| In re: MGM Resorts International Data Breach Litigation | Case No.: 2:20-cv-00376-GMN-NJK |
| | **STIPULATION AND [PROPOSED] ORDER REGARDING MODIFICATION OF SCHEDULE (Second Request)** |

Pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rules IA 6-1 and 6-2, Plaintiffs and MGM, by and through their counsel of record, stipulate to and request that the Court enter an order briefly extending the case schedule as follows. This is the Parties' second request to modify the case management schedule.

WHEREAS, on December 29, 2022, the Court entered a schedule setting deadlines for disclosure of class certification experts and the filing of Plaintiffs' motion for class certification (ECF No. 143);

WHEREAS, the Court instructed the Parties to file any request to set a briefing schedule as to Plaintiffs' motion for class certification on the docket of the judge overseeing that motion (ECF No. 143 at 1 n.1);

WHEREAS, on November 7, 2023, the Parties filed their first request to modify the case management schedule, seeking an extension of three months as to certain deadlines, including the deadlines for the disclosure of class certification experts and Plaintiffs' motion for class certification (ECF No. 175);

WHEREAS, on November 8, 2023, the Court granted the Parties' request to modify the case management schedule (ECF No. 180);

WHEREAS, pursuant to that extension, Plaintiffs' initial class certification expert disclosures are due on April 18, 2024;

WHEREAS, on March 15, 2024, Plaintiffs filed a motion to compel production of responses to Plaintiffs' Fourth Set of Requests for Production (ECF No. 209) as well as a motion to compel certain Rule 30(b)(6) testimony (ECF No. 211);

WHEREAS, both motions ask the Court to compel MGM to provide information that Plaintiffs believe is important to Plaintiffs' expert report(s);

WHEREAS, both motions to compel are currently pending before the Court;

WHEREAS, the Parties have conferred and agree that it is more efficient to serve their expert reports and begin expert discovery after the Court resolves those motions to compel;

WHEREAS, the Parties accordingly seek a short extension of the expert disclosure

1

1  deadlines in order to allow the Court to rule on Plaintiffs' motions to compel;

2      WHEREAS, in conjunction with their request for an extension to the expert disclosure

3  deadlines, the Parties request a briefing schedule as to Plaintiffs' Motion for class certification and

4  as to *Daubert* motions;

5      Now therefore, **IT IS HEREBY STIPULATED AND AGREED** between the Parties, and

6  subject to Court approval, that the case schedule is set as follows:

7

8

| Event | Prior Deadline (ECF No. 175) | (Proposed) Deadline |
|---|---|---|
| Initial class certification expert reports | April 18, 2024 | July 24, 2024 |
| Motion for class certification | July 24, 2024 | July 24, 2024 |
| Defendants' class certification expert reports | June 4, 2024 | September 6, 2024 |
| Opposition to motion for class certification | N/A | September 6, 2024 |
| MGM's deadline for motions to exclude Plaintiffs' class certification experts | April 24, 2024 | September 6, 2024 |
| Reply ISO motion for class certification | N/A | September 27, 2024 |
| Plaintiffs' deadline for oppositions to MGM's motions to exclude class certification experts | N/A | September 27, 2024 |
| Plaintiffs' deadline for motions to exclude MGM's class certification experts | N/A | October 11, 2024 |
| MGM's deadline for oppositions to motions to exclude MGM's class certification experts | N/A | October 25, 2024 |
| MGM's deadline for replies ISO motions to exclude Plaintiffs' class certification experts | N/A | October 7, 2024 |
| Deadline for depositions of Plaintiffs' class certification experts | July 3, 2024 | August 23, 2024 |
| Deadline for depositions of Defendants' class certification experts | July 3, 2024 | September 23, 2024 |
| Plaintiffs' deadline for replies ISO motions to exclude MGM's class certification experts | N/A | November 1, 2024 |
| Private mediation deadline | October 17, 2024 | October 17, 2024 |
| Joint status report regarding private mediation | October 24, 2024 | October 24, 2024 |

26  IT IS SO ORDERED.

27      Dated:  April 12, 2024

28

_____
United States Magistrate Judge

Respectfully submitted,

/s/ Miles N. Clark

2

Order Regarding Case Schedule
CV-00376-GMN-NJK

David M. Berger
Linda P. Lam
Jeffrey Kosbie
**GIBBS LAW GROUP LLP**
1111 Broadway, Suite 2100
Oakland, California 94607
Tel.: 510-350-9700
Fax: 510-350-9701
dmb@classlawgroup.com
lpl@classlawgroup.com
jbk@classlawgroup.com

Douglas J. McNamara
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Ave, 5th Floor
Washington, DC 20005
Tel.: 202-408-4600
Fax: 202-408-4699
dmcnamara@cohenmilstein.com

Claire L. Torchiana
**COHEN MILSTEIN SELLERS & TOLL PLLC**
88 Pine Street, 14th Floor
New York, NY 10005
Tel: (212) 838-7797
Fax: (212)-838-7745

E. Michelle Drake
**BERGER MONTAGUE PC**
43 SE Main Street, Suite 505
Minneapolis, MN 55414
Tel.: 612-594-5999
Fax: 612-584-4470
emdrake@bm.net

Mark B. DeSanto
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel.: 215.875.3046
mdesanto@bm.net

John A. Yanchunis
Jean Sutton Martin
**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor

3

Tampa, Florida 33602
Tel.: 813-223-5505
Fax: 813-223-5402
jyanchunis@forthepeople.com
jeanmartin@forthepeople.com

*Interim Class Counsel*

Miles N. Clark (NBN 13848)
**LAW OFFICES OF MILES N. CLARK,
LLC**
5510 S. Fort Apache Rd, Suite 30
Las Vegas, NV 89148-7700
Telephone: (703) 856-7430
Facsimile: (702) 447.8048
miles@milesclarklaw.com

Don Springmeyer (NBN 1021)
**KEMP JONES LLP**
3800 Howard Hughes Pkwy, 17th Fl.
Las Vegas, NV 89165
Telephone: 702-385-6000
Facsimile: 702-385-6001
d.springmeyer@kempjones.com

*Liaison Counsel*

/s/  Neil K. Gilman
Anne Marie Mortimer
Jason J. Kim
**HUNTON ANDREWS KURTH LLP**
550 South Hope Street, Suite 2000
Los Angeles, CA  90071-2627
amortimer@HuntonAK.com
kimj@HuntonAK.com

Todd L. Bice
Brianna Smith
**PISANELLI BICE PLLC**
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
TLB@pisanellibice.com
BGS@pisanellibice.com

Neil K. Gilman
**HUNTON ANDREWS KURTH LLP**
2200 Pennsylvania Avenue, NW, Suite 900

4

Washington, DC 20037-1701
ngilman@HuntonAK.com

*Attorneys for Defendant*
*MGM RESORTS INTERNATIONAL*