Charles E. Schaffer

**LEVIN SEDRAN & BERMAN, LLP**

510 Walnut Street, Suite 500

Philadelphia, PA, 19106

Ph (215)592-1500

Fax (215)592-4663

cschaffer@lfsblaw.com


David C. Magagna, Jr.

Ph (215)592-1500

Fax (215)592-4663

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re: MGM Resorts International Data Breach Litigation | Case No. 2:20-cv-00376<br><br>**MOTION TO WITHDRAW DAVID C. MAGAGNA, JR. AS COUNSEL OF RECORD FOR PLAINTIFF RYAN BOHLIM** |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Local Rule 11-6, attorney David C. Magagna, Jr. respectfully requests that his appearance be withdrawn as counsel for Plaintiff Ryan Bohlim and removed from the Court's service list with respect to this action. Charles E. Schaffer, of Levin Sedran & Berman, LLP continues to represent Plaintiff Ryan Bohlim.

In accord with Local Rule 11-6(e), counsel's withdrawal will not result in delay of discovery, trial, or any hearing in this matter.

WHEREFORE, David C. Magagna, Jr. respectfully requests that the Court enter an order granting this motion and directing the Clerk to terminate Mr. Magagna as counsel of record in this matter.

Respectfully submitted,

Dated: April 16, 2024    By:  */s/ Charles E. Schaffer*

Charles E. Schaffer
**Levin Sedran & Berman LLP**
510 Walnut St., Suite 500
Philadelphia, PA 19106
Telephone: (215)592-1500
Fax: (215)592-4663
cschaffer@lfsblaw.com
*Pro Hac Vice*

David C. Magagna, Jr.
Telephone: (215)592-1500
Fax: (215)592-4663
*Pro Hac Vice*

IT IS SO ORDERED.
Dated: April 16, 2024
.
.
_____
Nancy J. Koppe
United States Magistrate Judge

**MOTION TO WITHDRAW DAVID C. MAGAGNA, JR. AS COUNSEL OF RECORD FOR PLAINTIFF RYAN BOHLIM**
CASE NO. 2:20-cv-00376