US POSTAGE
quadient
FIRST-CLASS MAIL
IMI
$001.87
05/09/2024 ZIP 89101
043M31229339

NIXIE        152    SE  1        0207/03/24
         RETURN TO SENDER
         NOT DELIVERABLE AS ADDRESSED
              UNABLE TO FORWARD

BC: 89101706934            Z099N185114-00427

MARSHALS SERVICE

Todd B Naylor
Goldenberg Schneider, LPA
One West Fourth Street
18th Floor
Cincinnati, OH 45202

RECEIVED ____
SERVED ON ____
COUNSEL/PARTIES OF RECORD

FILED ✓
ENTERED ____

JUL 08 2024

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

**Judgments, Minute Orders/Orders & Writs**
2:20-cv-00376-GMN-NJK
Smallman v. MGM Resorts
International

CONSOL

# United States District Court

## District of Nevada

**Notice of Electronic Filing**

The following transaction was entered on 5/9/2024 at 9:02 AM PDT and filed on 5/8/2024
**Case Name:** Smallman v. MGM Resorts International
**Case Number:** 2:20-cv-00376-GMN-NJK
**Filer:**
**Document Number:** 229

**Docket Text:**
**ORDER denying without prejudice [200] and [211] Motion to Compel. Signed by Magistrate Judge Nancy J. Koppe on 5/8/2024. (Copies have been distributed pursuant to the NEF - MAM)**


**2:20-cv-00376-GMN-NJK Notice has been electronically mailed to:**

Don Springmeyer (Terminated)     d.springmeyer@kempjones.com, c.mixson@kempjones.com, p.mcafee@kempjones.com

Erica Entsminger     eentsminger@egletlaw.com, eservice@egletlaw.com, jlopez@egletlaw.com, motto@egletlaw.com

John P. Aldrich     jaldrich@johnaldrichlawfirm.com, eleanor@johnaldrichlawfirm.com, sorme@johnaldrichlawfirm.com, traci@johnaldrichlawfirm.com

Robert M. Adams     badams@egletlaw.com, eentsminger@egletlaw.com, eservice@egletlaw.com, jlopez@egletlaw.com, motto@egletlaw.com, rhy@egletlaw.com

Robert T Eglet     reglet@egletlaw.com, aham@egletlaw.com, badams@egletlaw.com, bmarx@egletlaw.com, ddavenport@egletlaw.com, eentsminger@egletlaw.com, eservice@egletlaw.com, jbuckley@egletlaw.com, jlopez@egletlaw.com, lcalinao@egletlaw.com, motto@egletlaw.com

Todd L. Bice     lit@pisanellibice.com, sd@pisanellibice.com, ter@pisanellibice.com, tlb@pisanellibice.com

Andrew Neil Friedman     afriedman@cohenmilstein.com

David H. Krieger     dkrieger@kriegerlawgroup.com, 8076479420@filings.docketbird.com, graham@kriegerlawgroup.com, ign@nvbankruptcyattorneys.com, kriegerlawgroupllc@jubileebk.net, smiller@kriegerlawgroup.com, ymlvuvib@mailparser.io

Richard E Tanasi     rtanasi@tanasilaw.com

Michael C. Dell'Angelo     mdellangelo@bm.net, courtmail@bm.net, csimon@bm.net

**Gavel - Order on Motion**
2:20-cv-00376-GMN-NJK
Smallman v. MGM Resorts
International

CONSOL

# United States District Court

## District of Nevada

**Notice of Electronic Filing**

The following transaction was entered on 5/9/2024 at 9:08 AM PDT and filed on 5/8/2024
**Case Name:**        Smallman v. MGM Resorts International
**Case Number:**      2:20-cv-00376-GMN-NJK
**Filer:**
**Document Number:** 230

**Docket Text:**
**ORDER denying [209] Motion to Compel. Signed by Magistrate Judge Nancy J. Koppe on 5/8/2024.(Copies have been distributed pursuant to the NEF - MAM)**

**2:20-cv-00376-GMN-NJK Notice has been electronically mailed to:**

Don Springmeyer (Terminated)     d.springmeyer@kempjones.com, c.mixson@kempjones.com, p.mcafee@kempjones.com

Erica Entsminger     eentsminger@egletlaw.com, eservice@egletlaw.com, jlopez@egletlaw.com, motto@egletlaw.com

John P. Aldrich     jaldrich@johnaldrichlawfirm.com, eleanor@johnaldrichlawfirm.com, sorme@johnaldrichlawfirm.com, traci@johnaldrichlawfirm.com

Robert M. Adams     badams@egletlaw.com, eentsminger@egletlaw.com, eservice@egletlaw.com, jlopez@egletlaw.com, motto@egletlaw.com, rhy@egletlaw.com

Robert T Eglet     reglet@egletlaw.com, aham@egletlaw.com, badams@egletlaw.com, bmarx@egletlaw.com, ddavenport@egletlaw.com, eentsminger@egletlaw.com, eservice@egletlaw.com, jbuckley@egletlaw.com, jlopez@egletlaw.com, lcalinao@egletlaw.com, motto@egletlaw.com

Todd L. Bice     lit@pisanellibice.com, sd@pisanellibice.com, ter@pisanellibice.com, tlb@pisanellibice.com

Andrew Neil Friedman     afriedman@cohenmilstein.com

David H. Krieger     dkrieger@kriegerlawgroup.com, 8076479420@filings.docketbird.com, graham@kriegerlawgroup.com, ign@nvbankruptcyattorneys.com, kriegerlawgroupllc@jubileebk.net, smiller@kriegerlawgroup.com, ymlvuvib@mailparser.io

Richard E Tanasi     rtanasi@tanasilaw.com

Michael C. Dell'Angelo     mdellangelo@bm.net, courtmail@bm.net, csimon@bm.net