| | |
|---|---|
| David M. Berger | Douglas J. McNamara |
| (Admitted *Pro Hac Vice*) | (Admitted *Pro Hac Vice*) |
| **GIBBS LAW GROUP LLP** | **COHEN MILSTEIN SELLERS & TOLL, PLLC** |
| 1111 Broadway, Suite 2100 | 1100 New York Ave, 5th |
| Oakland, California 94607 | Floor Washington, DC 20005 |
| Tel.: 510-350-9700 | Tel.: 202-408-4600 |
| Fax: 510-350-9701 | Fax: 202-408-4699 |
| dmb@classlawgroup.com | dmcnamara@cohenmilstein.com |
| *Interim Class Counsel* | *Interim Class Counsel* |
| | |
| John A. Yanchunis | E. Michelle Drake |
| (Admitted *Pro Hac Vice*) | (Admitted *Pro Hac Vice*) |
| **MORGAN & MORGAN COMPLEX LITIGATION GROUP** | **BERGER MONTAGUE PC** |
| 201 N. Franklin Street, 7th | 43 SE Main Street, Suite 505 |
| Floor Tampa, Florida 33602 | Minneapolis, MN 55414 |
| Tel.: 813-223-5505 | Tel.: 612-594-5999 |
| Fax: 813-223-5402 | Fax: 612-584-4470 |
| jyanchunis@forthepeople.com | emdrake@bm.net |
| *Interim Class Counsel* | *Interim Class Counsel* |
| | |
| Miles N. Clark (NBN 13848) | Don Springmeyer (NBN 1021) |
| **LAW OFFICES OF MILES N CLARK, LLC** | **KEMP JONES LLP** |
| 5510 S. Fort Apache Rd, Suite 30 Las Vegas, NV 89148-7700 | 3800 Howard Hughes Pkwy, 17th Fl. Las Vegas, NV 89165 |
| Telephone: (702) 856-7430 | Telephone: 702-385-6000 |
| Facsimile: (702) 552.2370 | Facsimile: 702-385-6001 |
| miles@milesclarklaw.com | d.springmeyer@kempjones.com |
| *Liaison Counsel* | *Liaison Counsel* |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: MGM Resorts International Data Breach Litigation | Case No.: 2:20-cv-00376-GMN-NJK<br><br>**SETTLEMENT STATUS REPORT** |

The parties notified the Court on October 31, 2024 that they had "agreed on the contours of a resolution and are drafting a Settlement Agreement" following a day-long mediation on October 10, 2024 between the *Smallman* and *Owens* Plaintiffs and MGM Resorts International ("MGM"). ECF 238. Per the Court's request for a Joint Status Report every 60 days (ECF 239), the parties report that they have been working cooperatively to finalize a written Settlement Agreement, including details concerning the administration of the settlement and the mechanics for notifying the class. The parties will submit another Joint Status Report on January 31, 2025 as ordered by the Court, but anticipate they will be able to present the Court with a Settlement Agreement for approval before that date.

Dated: December 2, 2024

Respectfully submitted,

*/s/ Douglas J. McNamara*

Douglas J. McNamara
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Ave, Suite 800
Washington, DC 20005
Tel.: 202-408-4600
Fax: 202-408-4699
dmcnamara@cohenmilstein.com

Claire L. Torchiana
**COHEN MILSTEIN SELLERS & TOLL PLLC**
88 Pine Street, 14th Floor
New York, NY 10005
Tel: (212) 838-7797
Fax: (212)-838-7745

David M. Berger
Linda P. Lam
Jeffrey Kosbie
**GIBBS LAW GROUP LLP**
1111 Broadway, Suite 2100
Oakland, California 94607
Tel.: 510-350-9700

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Fax: 510-350-9701
dmb@classlawgroup.com
lpl@classlawgroup.com
jbk@classlawgroup.com

E. Michelle Drake
**BERGER MONTAGUE PC**
43 SE Main Street, Suite 505
Minneapolis, MN 55414
Tel.: 612-594-5999
Fax: 612-584-4470
emdrake@bm.net

Mark B. DeSanto
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel.: 215.875.3046
mdesanto@bm.net

John A. Yanchunis
Jean Sutton Martin
**MORGAN & MORGAN COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Tel.: 813-223-5505
Fax: 813-223-5402
jyanchunis@forthepeople.com
jeanmartin@forthepeople.com

*Interim Class Counsel*

Miles N. Clark (NBN 13848)
**LAW OFFICES OF MILES N. CLARK, LLC**
5510 S. Fort Apache Rd, Suite 30
Las Vegas, NV 89148-7700
Telephone: (703) 856-7430
Facsimile: (702) 447.8048
miles@milesclarklaw.com

Don Springmeyer (NBN 1021)
**KEMP JONES LLP**
3800 Howard Hughes Pkwy, 17th Fl.
Las Vegas, NV 89165
Telephone: 702-385-6000
Facsimile: 702-385-6001
d.springmeyer@kempjones.com

2

*Liaison Counsel*

*/s/ Jason J. Kim*
Anne Marie Mortimer
Jason J. Kim
**HUNTON ANDREWS KURTH LLP**
550 South Hope Street, Suite 2000
Los Angeles, CA 90071-2627
amortimer@HuntonAK.com
kimj@HuntonAK.com

Todd L. Bice
Brianna Smith
**PISANELLI BICE PLLC**
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
TLB@pisanellibice.com
BGS@pisanellibice.com

Neil K. Gilman
**HUNTON ANDREWS KURTH LLP**
2200 Pennsylvania Avenue, NW, Suite 900
Washington, DC 20037-1701
ngilman@HuntonAK.com

*Attorneys for Defendant*
*MGM RESORTS INTERNATIONAL*

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of December, 2024, a true and correct copy of **SETTLEMENT STATUS REPORT** was served via the United States District Court CM/ECF system on all counsel of record who have enrolled in this ECF system.

*/s/Claire Torchiana*

Claire Torchiana