1  Don Springmeyer, Esq. (NBN 1021)
   Joseph D. Laurita, Esq. (NBN 16267)
2  KEMP JONES, LLP
   3800 Howard Hughes Parkway, 17th Floor
3  Las Vegas, Nevada 89169
   Telephone: (702) 385-6000
4  Facsimile: (702) 285-6001
   d.springmeyer@kempjones.com
5  j.laurita@kempjones.com

6
   Miles N. Clark, Esq. (NBN 13848)
7  LAW OFFICES OF MILES N CLARK, LLC
   5510 S. Fort Apache Rd, Suite 30
8  Las Vegas, Nevada 89148-7700
   Telephone: (702) 856-7430
9  Facsimile: (702) 552.2370
   miles@milesclarklaw.com
10
   *Co-Liaison Counsel for Plaintiffs and the Class*
11

12                          **UNITED STATES DISTRICT COURT**
                                **DISTRICT OF NEVADA**
13

14
   | *In re: MGM Resorts International Data Breach Litigation* | Case No.: 2:20-CV-00376-GMN-NJK |
15 | | |
   | This Document Relates To: All Actions | **PLAINTIFFS' MOTION TO WITHDRAW EURA CHANG AS COUNSEL OF RECORD** |
16

17

18

19              **TO THE CLERK OF COURT AND ALL PARTIES OF RECORD**

20         PLEASE TAKE NOTICE that, pursuant to Local Rule IA 11-6(b), Plaintiffs Robert Taylor,

21 Gennady Simkin, Paul Brodsky, Ryan Bohlim, Duke Hwynn, Kerri Shapiro, Larry Lawter, and

22 Victor Wukovits ("Plaintiffs") respectfully move the Court to withdraw Eura Chang as one of their

23 counsel of record. Ms. Chang represented Plaintiffs while at the law firm of Lockridge Grindal

24 Nauen PLLP ("LGN"). Ms. Chang is in the process of leaving LGN. Accordingly, Plaintiffs

25 request that she be removed from the Court's service list reflected on the docket.

26         Other attorneys at LGN, as well as LGN's co-counsel in this case, continue to serve as

27 counsel for Plaintiff. The proposed withdrawal of Ms. Chang will not result in any delays in

28 litigating this action.

1  Notice of the withdrawal of Ms. Chang is being provided to opposing counsel and all other
2  counsel of record through this filing on the Court's ECF system.
3  For the reasons stated above, Plaintiff respectfully requests that the Court approve the
4  withdrawal of Eura Chang as counsel of record for Plaintiffs.
5  DATED this 19th day of March , 2025.

**KEMP JONES, LLP**

By: */s/ Don Springmeyer*
Don Springmeyer, Esq. (NBN 1021)
Joseph D. Laurita, Esq. (NBN 16267)
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169

*Attorney for Plaintiffs*

IT IS SO ORDERED.
Dated: March 20, 2025

Nancy J. Koppe
United States Magistrate Judge