# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| IN RE MGM INTERNATIONAL RESORTS DATA BREACH LITIGAITON<br><br>This Document Relates To: All actions. | Case No.: 2:20-cv-00376-GMN |

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| TANYA OWENS, et al.<br><br>Plaintiffs,<br><br>v.<br><br>MGM RESORTS INTERNATIONAL, et al.<br><br>Defendants. | Master File No. 2:23-cv-01480-RFB (Consolidated for pretrial proceedings with Case Nos. 2:23-cv-1481, 2:23-cv1537, 2:23-cv-1549, 2:23-cv-1550, 2:23-cv1577, 2:23-cv-1698, 2:23- cv-1719, 2:23-cv1777, 2:23-cv-1826, 2:23-cv- 1981, 2:23-cv2042, 2:23-cv-2064, 2:24-cv-81, 2:24-cv-00995, 2:24-cv-00999) |

## AMENDMENT TO SETTLEMENT AGREEMENT

This Amendment to Settlement Agreement[1] is entered into between Plaintiffs, on behalf of themselves and the provisionally certified Settlement Class, on the one hand, and Defendant, on the other hand, and shall be effective as of March 28, 2025.

**WHEREAS**, the Parties entered into the Agreement on January 17, 2025;

**WHEREAS**, the Parties now desire to amend the Agreement to modify the Notice Program to remove the requirement to send Postcard Notices to those Settlement Class members whose email addresses are unknown, or to those whose email bounces back or are otherwise

---

[1] This Amendment to Settlement Agreement shall be referred to herein as "Amendment" and all other capitalized terms herein shall have the same meanings as those defined in Section II of the Settlement Agreement.

undeliverable;

**WHEREAS**, pursuant to paragraph 157 of the Agreement, subject to Court approval, Class Counsel and Defendant's Counsel have the authority to enter into this Amendment to modify the Agreement.

**NOW THEREFORE**, in consideration for the Parties' promises and commitments in the Settlement Agreement, the Parties hereby modify the Agreement as follows:

64. This paragraph shall be deleted in its entirety and replaced with the following: "Postcard Notice" means the postcard notice of the Settlement, substantially in the form attached hereto as ***Exhibit 2***, that the Settlement Administrator shall disseminate to Tier 1, Tier 2, and Tier 3 Settlement Class members for whom physical addresses are available.

107. The first sentence of this paragraph shall be deleted in its entirety. The second sentence shall be deleted in its entirety and replaced with the following: Those Settlement Class members in Tiers 1, 2, and 3 whose physical addresses were identified will be sent a Postcard Notice no later than 60 days before the original date of the Final Approval Hearing.

III. D. Settlement Class Notice – The third sentence of the second paragraph of this section shall be deleted in its entirety.

No other provisions of the Agreement are affected by this Amendment. The Parties agree to file a motion with the Court seeking approval of this Amendment and, upon approval by the Court, to update the Notice Program to include only sending Postcard Notices to Tier 1, Tier 2, and Tier 3 Settlement Class members whose physical addresses are available, and to remove the requirement to send Postcard Notices to those Settlement Class members whose emails bounce back or are otherwise undeliverable.

| CLASS COUNSEL | MGM'S COUNSEL |
|---|---|
| *Douglas McNamara* (Apr 1, 2025 15:11 EDT) | *Neil Gilman* (Apr 1, 2025 17:01 EDT) |
| **DOUGLAS MCNAMARA** | **NEIL GILMAN** |
| COHEN MILSTEIN | HUNTON ANDREWS KURTH |
| LLPSELLERS & TOLL PLLC | |
| | |
| *J. Gerard Stranch, IV* (Apr 1, 2025 15:08 CDT) | *Eric Roberts* (Apr 1, 2025 16:06 CDT) |
| **J. GERARD STRANCH, IV** | **ERIC ROBERTS** |
| STRANCH, JENNINGS | DLA PIPER LLP (US) |
| & GARVEY, PLLC | |

3