Teresa Lord
1049 E Elizabeth St
Pasadena, CA. 91104



4/4/2025

*MGM Data Incident Litigation et al.*
Settlement Administrator
P.O. Box 3020,
Portland, OR 97208-3020

RE: *In re MGM International Resorts Data Breach Litigation*, Case No.: 2:20-cv-00376-GMN-NJK and *Tonya Owens, et al. v. MGM Resorts International, et al.*, Case No. 2:23-cv-01480-RFB

I received an email stating that I am a Tier 3 claim member for this lawsuit. I followed the instructions and read the FAQs. Unfortunately, the settlement claim website only allows selections for either a documented financial loss payment or credit monitoring. It does not provide an option for cash payments based on the tiers, which implies that the cash tier payment is the default.

The FAQs state that "in addition to cash payments, you may be eligible for one year of credit monitoring." I selected "Yes" for credit monitoring and "No" for documented financial loss, as I am a Tier 3 member. However, the email I received in response states that I have opted out of the Tier 3 cash payment, which I did not! Additionally, it mentions that I cannot make any changes.

The claim form and FAQs are deceptive and appear intentionally designed to COERCE PEOPLE INTO NOT RECEIVING CASH PAYMENTS. I humbly request that this issue be addressed, as I am not the only person misled by the website and claim form.

Sincerely,

Teresa Lord

Encl: Screenshot of website FAQs, Screenshot of email received after filing claim

Cc:
John A. Yanchunis, Morgan & Morgan
J. Gerard Stranch IV, Stranch, Jennings, Garvey, PLLC
Clerk, U.S. District Court, Lloyd D. George Federal Courthouse



° Receipts

"Self-prepared" documents such as handwritten receipts are, by themselves, insufficient to receive reimbursement, but can be considered to add clarity or support other submitted documentation. You will not be reimbursed for expenses if you have been reimbursed for the same expenses by another source.

**Tiered Cash Payments**.

In addition to the Documented Loss Cash Payment, you may be eligible to receive a flat cash payment if you had certain information exposed in either of the 2019 or 2023 Data Incidents. If you were sent Notice of the Settlement by email or mail, your Notice informed you if you were likely eligible for a Tier 1, Tier 2 or Tier 3 Cash Payment.

- **Tier 1 Cash Payment** – If your Social Security number or military identification number was exposed, you may be eligible to receive an estimated $75.00 flat cash payment.
- **Tier 2 Cash Payment** – If your passport number or driver's license number was exposed, you may be eligible to receive an estimated $50.00 flat cash payment.
- **Tier 3 Cash Payment** – If your name, address, and/or date of birth was exposed, you may be eligible to receive an estimated $20.00 flat cash payment.

Your Cash Payment may be subject to a pro rata (a legal term meaning equal share) increase from the Settlement Fund if the amount of Valid Claims is insufficient to exhaust the entire Settlement Fund. Similarly, in the event the amount of Valid Claims exhausts the amount of the Settlement Fund, the amount of Cash Payments may be reduced pro rata accordingly.

**Financial Account Monitoring**.

In addition to the Cash Payments, you may be eligible for one year of three-bureau identity theft protection, credit monitoring, and at least $1,000,000 of fraud/identity theft insurance.

Back To Top

9. **What am I giving up to receive Settlement Class Member Benefits or to stay in the Settlement Class?**
Unless you opt out of the Settlement, you are choosing to remain in the Settlement Class. If the Settlement is approved and becomes final, all Court orders and any judgments will apply to you and legally bind you. You will not be able to sue, continue to sue, or be part of any other lawsuit against the Released Parties about the legal issues in the lawsuits that are released by this Settlement. The specific rights you are giving up are called "Released Claims."

Back To Top

---

**MGM Data Incident Litigation – Claim Submission Confirmation**

NoReply@MGMDataSettlement.com
To: lordted@aol.com
Fri 4/4/2025 8:33 AM

Reply | Reply All | Forward

Thank you. Your claim has been successfully submitted. Your Confirmation Code is: C1VFNSM4. Information regarding your Claim Form selections can be found below. Please keep this code for your records.

**Unique ID:** 396FF79F7J

**Benefit Selections:**
Financial Account Monitoring: Yes
Documented Loss Cash Payment: No
Tiered Cash Payment: No

**Payment Election:**
Payment Method: Not Applicable, Financial Account Monitoring only
Payment Email Address: N/A

Sincerely,
Settlement Administrator

Questions? Contact the Administrator at 1-888-899-8358.

You can also find more information about the Settlement by visiting www.MGMDataSettlement.com.

This is an auto generated email. Do not respond to this email.