John A. Yanchunis
(Admitted Pro Hac Vice)
**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Tel.: 813-223-5505
jyanchunis@forthepeople.com

David M. Berger
(Admitted Pro Hac Vice)
**GIBBS LAW GROUP LLP**
1111 Broadway, Suite 2100
Oakland, California 94607
Tel.: 510-350-9700
dmb@classlawgroup.com

J. Gerard Stranch IV
(Admitted Pro Hac Vice)
**STRANCH, JENNINGS & GARVEY, PLLC**
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, Tennessee 37203
Tel: 615-254-8801
gstranch@stranchlaw.com

James J. Pizzirusso
(Admitted Pro Hac Vice)
**HAUSFELD LLP**
888 16th Street, Ste 300
Washington, DC 20006
Tel: 202-540-7200
jpizzirusso@hausfeld.com

Douglas J. McNamara
(Admitted Pro Hac Vice)
**COHEN MILSTEIN SELLERS & TOLL, PLLC**
1100 New York Ave
5th Floor Washington, DC 20005
Tel.: 202-408-4600
dmcnamara@cohenmilstein.com

E. Michelle Drake
(Admitted Pro Hac Vice)
**BERGER MONTAGUE PC**
43 SE Main Street, Suite 505
Minneapolis, MN 55414
Tel.: 612-594-5999
emdrake@bm.net

Lynn Toops
(Admitted Pro Hac Vice)
**COHEN & MALAD, LLP**
One Indiana Square, Suite 1400
Indianapolis, Indiana 46204
Tel: 317-636-6481
ltoops@cohenandmalad.com

Jeff Ostrow
(Admitted Pro Hac Vice)
**KOPELOWITZ OSTROW, P.A.**
One West Las Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301
Tel: 954-525-4100
ostrow@kolawyers.com

Gary Klinger
(Admitted Pro Hac Vice)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Tel: 866.252.0878
gklinger@milberg.com

*Class Counsel*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE MGM INTERNATIONAL RESORTS DATA BREACH LITIGAITON<br><br>This Document Relates To: All actions. | Case No.: 2:20-cv-00376-GMN |

PLAINTIFFS' UNOPPOSED MOTION TO EXCEED PAGE LIMIT FOR PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND APPLICATION FOR ATTORNEYS' FEES, COSTS, AND SERVICE AWARDS AND MEMORANDUM OF LAW

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| TANYA OWENS, et al.<br><br>Plaintiffs,<br><br>v.<br><br>MGM RESORTS INTERNATIONAL<br><br>Defendant. | Master File No. 2:23-cv-01480-GMN (Consolidated for pretrial proceedings with Case Nos. 2:23-cv-1481, 2:23-cv1537, 2:23-cv-1549, 2:23-cv-1550, 2:23-cv1577, 2:23-cv-1698, 2:23- cv-1719, 2:23-cv1777, 2:23-cv-1826, 2:23-cv- 1981, 2:23-cv2042, 2:23-cv-2064, 2:24-cv-81, 2:24-cv-00995, 2:24-cv-00999) |

**PLAINTIFFS' UNOPPOSED MOTION TO EXTEND PAGE LIMIT FOR PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND APPLICATION FOR ATTORNEYS' FEES, COSTS, AND SERVICE AWARDS AND MEMORANDUM OF LAW**

Plaintiffs file their Unopposed Motion to Exceed Page Limit for Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement and Application for Attorneys' Fees, Costs, and Service Awards and Memorandum of Law ("Motion for Final Approval"), and in support thereof state as follows:

Plaintiffs' Motion for Final Approval is due to be filed on or before May 4, 2025. In lieu of filing two motions, one for final approval and the other for attorneys' fees, costs, and service awards, pursuant to this Court's Preliminary Approval Order (No. 2:20-cv-00376-GMN ECF No. 244; No. 2:23-cv-01480-GMN, ECF No. 63), Plaintiffs plan to move for all relief in one filing.

Plaintiffs have diligently endeavored to keep the Motion for Final Approval within the 24-page limit set forth in LR-7-3(b). However, due to the detailed facts pertaining to the two data breach actions being settled together and the necessary legal arguments to support final approval and the application for attorneys' fees, costs, and service awards, they respectfully request permission to exceed that limit by seven pages. Plaintiffs believe this will be efficient for the Court. *See* Declaration of Jeff Ostrow attached as ***Exhibit A***.

The Court is authorized by LR 7-3(c) to grant the requested relief.

WHEREFORE, Plaintiffs respectfully request an additional seven pages for their

Motion for Final Approval. A proposed order is attached as *Exhibit B*.

Dated: April 25, 2025.                    Respectfully submitted,

| | |
|---|---|
| */s/ Jeff Ostrow* | */s/ Douglas J. McNamara* |
| Jeff Ostrow | Douglas J. McNamara |
| (Admitted Pro Hac Vice) | (Admitted Pro Hac Vice) |
| **KOPELOWITZ OSTROW, P.A.** | **COHEN MILSTEIN** |
| One West Las Olas Blvd., Suite 500 | **SELLERS & TOLL, PLLC** |
| Fort Lauderdale, Florida 33301 | 1100 New York Ave |
| Tel: 954-525-4100 | 5th Floor Washington, DC 20005 |
| ostrow@kolawyers.com | Tel.: 202-408-4600 |
| | dmcnamara@cohenmilstein.com |
| J. Gerard Stranch IV | |
| (Admitted Pro Hac Vice) | E. Michelle Drake |
| **STRANCH, JENNINGS** | (Admitted Pro Hac Vice) |
| **& GARVEY, PLLC** | **BERGER MONTAGUE PC** |
| The Freedom Center | 43 SE Main Street, Suite 505 |
| 223 Rosa L. Parks Avenue, Suite 200 | Minneapolis, MN 55414 |
| Nashville, Tennessee 37203 | Tel.: 612-594-5999 |
| Tel: 615-254-8801 | emdrake@bm.net |
| gstranch@stranchlaw.com | |
| | John A. Yanchunis |
| James J. Pizzirusso | (Admitted Pro Hac Vice) |
| (Admitted Pro Hac Vice) | **MORGAN & MORGAN** |
| **HAUSFELD LLP** | **COMPLEX LITIGATION GROUP** |
| 888 16th Street, Ste 300 | 201 N. Franklin Street, 7th Floor |
| Washington, DC 20006 | Tampa, Florida 33602 |
| Tel: 202-540-7200 | Tel.: 813-223-5505 |
| jpizzirusso@hausfeld.com | jyanchunis@forthepeople.com |
| | |
| Lynn Toops | David M. Berger |
| (Admitted Pro Hac Vice) | (Admitted Pro Hac Vice) |
| **COHEN & MALAD, LLP** | **GIBBS LAW GROUP LLP** |
| One Indiana Square, Suite 1400 | 1111 Broadway, Suite 2100 |
| Indianapolis, Indiana 46204 | Oakland, California 94607 |
| Tel: 317-636-6481 | Tel.: 510-350-9700 |
| ltoops@cohenandmalad.com | dmb@classlawgroup.com |
| | |
| Gary Klinger | *Class Counsel in Case* |
| (Admitted Pro Hac Vice) | *No.: 2:20-cv-00376-GMN* |
| **MILBERG COLEMAN BRYSON** | |
| **PHILLIPS GROSSMAN, PLLC** | |
| 227 W. Monroe Street, Suite 2100 | |
| Chicago, IL 60606 | |
| Tel: 866.252.0878 | |
| gklinger@milberg.com | |

*Class Counsel in Master File No.:23-cv-01480-GMN*

3

PLAINTIFFS' UNOPPOSED MOTION TO EXCEED PAGE LIMIT FOR PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND APPLICATION FOR ATTORNEYS' FEES, COSTS, AND SERVICE AWARDS AND MEMORANDUM OF LAW