| | |
|---|---|
| John A. Yanchunis<br>(Admitted Pro Hac Vice)<br>**MORGAN & MORGAN**<br>**COMPLEX LITIGATION GROUP**<br>201 N. Franklin Street, 7th Floor<br>Tampa, Florida 33602<br>Tel.: 813-223-5505<br>jyanchunis@forthepeople.com | Douglas J. McNamara<br>(Admitted Pro Hac Vice)<br>**COHEN MILSTEIN SELLERS & TOLL, PLLC**<br>1100 New York Ave<br>5th Floor Washington, DC 20005<br>Tel.: 202-408-4600<br>dmcnamara@cohenmilstein.com |
| David M. Berger<br>(Admitted Pro Hac Vice)<br>**GIBBS LAW GROUP LLP**<br>1111 Broadway, Suite 2100<br>Oakland, California 94607<br>Tel.: 510-350-9700<br>dmb@classlawgroup.com | E. Michelle Drake<br>(Admitted Pro Hac Vice)<br>**BERGER MONTAGUE PC**<br>43 SE Main Street, Suite 505<br>Minneapolis, MN 55414<br>Tel.: 612-594-5999<br>emdrake@bm.net |
| J. Gerard Stranch IV<br>(Admitted Pro Hac Vice)<br>**STRANCH, JENNINGS & GARVEY, PLLC**<br>The Freedom Center<br>223 Rosa L. Parks Avenue, Suite 200<br>Nashville, Tennessee 37203<br>Tel: 615-254-8801<br>gstranch@stranchlaw.com | Lynn Toops<br>(Admitted Pro Hac Vice)<br>**COHEN & MALAD, LLP**<br>One Indiana Square, Suite 1400<br>Indianapolis, Indiana 46204<br>Tel: 317-636-6481<br>ltoops@cohenandmalad.com |
| James J. Pizzirusso<br>(Admitted Pro Hac Vice)<br>**HAUSFELD LLP**<br>888 16th Street, Ste 300<br>Washington, DC 20006<br>Tel: 202-540-7200<br>jpizzirusso@hausfeld.com | Jeff Ostrow<br>(Admitted Pro Hac Vice)<br>**KOPELOWITZ OSTROW, P.A.**<br>One West Las Olas Blvd., Suite 500<br>Fort Lauderdale, Florida 33301<br>Tel: 954-525-4100<br>ostrow@kolawyers.com |
| | Gary Klinger<br>(Admitted Pro Hac Vice)<br>**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**<br>227 W. Monroe Street, Suite 2100<br>Chicago, IL 60606<br>Tel: 866.252.0878<br>gklinger@milberg.com |

*Proposed Settlement Class Counsel*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE MGM INTERNATIONAL RESORTS DATA BREACH LITIGAITON<br><br>This Document Relates To: All actions. | Case No.: 2:20-cv-00376-GMN |

1

NOTICE OF FILING SUPPLEMENTAL DECLARATION OF CAMERON R. AZARI, ESQ.
REGARDING IMPLEMENTATION AND ADEQUACY OF NOTICE PROGRAM

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| TANYA OWENS, et al.<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>MGM RESORTS INTERNATIONAL<br><br>　　　　Defendant. | Master File No. 2:23-cv-01480-GMN<br>(Consolidated for pretrial proceedings with Case Nos. 2:23-cv-1481, 2:23-cv1537, 2:23-cv-1549, 2:23-cv-1550, 2:23-cv1577, 2:23-cv-1698, 2:23- cv-1719, 2:23-cv1777, 2:23-cv-1826, 2:23-cv- 1981, 2:23-cv2042, 2:23-cv-2064, 2:24-cv-81, 2:24-cv-00995, 2:24-cv-00999) |

**NOTICE OF FILING SUPPLEMENTAL DECLARATION OF CAMERON R. AZARI, ESQ. REGARDING IMPLEMENTATION AND ADEQUACY OF NOTICE PROGRAM**

　　In further support of the pending Motion for Final Approval of Class Action Settlement and Application for Attorneys' Fees, Costs, and Service Awards (Case No. 2:20-cv-00376-GMN, ECF 257; Case No. 2:23-cv-01480-GMN, ECF 77), Plaintiffs and Class Counsel hereby file the Supplemental Declaration of Cameron R. Azari, Esq. Regarding Implementation and Adequacy of Notice Program, attached as ***Exhibit A***. This declaration supplements the Settlement Administrator's declaration included as an exhibit to the motion (Case No. 2:20-cv-00376-GMN, ECF 257-3; Case No. 2:23-cv-01480-GMN, ECF 77-3).

Dated:　June 12, 2025.　　　　　　　Respectfully submitted,

| | |
|---|---|
| */s/ Jeff Ostrow*<br>Jeff Ostrow<br>(Admitted Pro Hac Vice)<br>**KOPELOWITZ OSTROW, P.A.**<br>One West Las Olas Blvd., Suite 500<br>Fort Lauderdale, Florida 33301<br>Tel: 954-525-4100<br>ostrow@kolawyers.com<br><br>J. Gerard Stranch IV<br>(Admitted Pro Hac Vice)<br>**STRANCH, JENNINGS & GARVEY, PLLC**<br>The Freedom Center<br>223 Rosa L. Parks Avenue, Suite 200<br>Nashville, Tennessee 37203<br>Tel: 615-254-8801<br>gstranch@stranchlaw.com | */s/ Douglas J. McNamara*<br>Douglas J. McNamara<br>(Admitted Pro Hac Vice)<br>**COHEN MILSTEIN SELLERS & TOLL, PLLC**<br>1100 New York Ave<br>5th Floor Washington, DC 20005<br>Tel.: 202-408-4600<br>dmcnamara@cohenmilstein.com<br><br>E. Michelle Drake<br>(Admitted Pro Hac Vice)<br>**BERGER MONTAGUE PC**<br>43 SE Main Street, Suite 505<br>Minneapolis, MN 55414<br>Tel.: 612-594-5999<br>emdrake@bm.net<br><br>John A. Yanchunis<br>(Admitted Pro Hac Vice) |

James J. Pizzirusso
(Admitted Pro Hac Vice)
**HAUSFELD LLP**
888 16th Street, Ste 300
Washington, DC 20006
Tel: 202-540-7200
jpizzirusso@hausfeld.com

Lynn Toops
(Admitted Pro Hac Vice)
**COHEN & MALAD, LLP**
One Indiana Square, Suite 1400
Indianapolis, Indiana 46204
Tel: 317-636-6481
ltoops@cohenandmalad.com

Gary Klinger
(Admitted Pro Hac Vice)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Tel: 866.252.0878
gklinger@milberg.com

*Interim Counsel in Master File No. 2:23-cv-01480-GMN*

**MORGAN & MORGAN COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Tel.: 813-223-5505
jyanchunis@forthepeople.com

David M. Berger
(Admitted Pro Hac Vice)
**GIBBS LAW GROUP LLP**
1111 Broadway, Suite 2100
Oakland, California 94607
Tel.: 510-350-9700
dmb@classlawgroup.com

*Interim Counsel in Case No.: 2:20-cv-00376-GMN*

NOTICE OF FILING SUPPLEMENTAL DECLARATION OF CAMERON R. AZARI, ESQ. REGARDING IMPLEMENTATION AND ADEQUACY OF NOTICE PROGRAM