ROBERT T. EGLET, ESQ.
Nevada Bar No. 3402
TRACY A. EGLET, ESQ.
Nevada Bar No. 6419
ERICA D. ENTSMINGER, ESQ.
Nevada Bar No. 7432
**EGLET LAW**
400 S. Seventh St., Suite 400
Las Vegas, NV  89101
Ph: (702) 450-5400; Fax: (702) 450-5451
E-Mail: eservice@egletlaw.com
*Attorneys for Plaintiff*
*Delores Scott*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re: MGM Resorts International Data Breach Litigation<br><br>This Document Relates to: All Actions<br><br>Defendants. | Case No.: 2:20-cv-00376-GMN-NJK<br><br>**PLAINTIFF DELORES SCOTT'S MOTION TO WITHDRAWAL ROBERT M. ADAMS, ESQ. AS COUNSEL OF RECORD** |

**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE  that, pursuant to LR IA 11-6(b), Plaintiff DELORES SCOTT ("Plaintiff"), by and through her undersigned Counsel, respectfully move the Court to withdraw Robert M. Adams, Esq. as one of their counsel of record. Mr. Adams represented Plaintiff while at the law firm of Eglet Law, but has since left Eglet Law. Accordingly, Plaintiff request that he be removed from the Court's service list reflected on the docket.

Erica D. Entsminger, Esq, and Robert T. Eglet, Esq. of Eglet Law continue to serve as counsel for Plaintiff in this case. The proposed withdrawal of Mr. Adams will not result in any delays in litigating this action.

Notice of Withdrawal of Mr. Adams is being provided to opposing counsel and all other counsel of record through this filing on the Court's ECF system.

. . .

. . .

For the reasons stated above, Plaintiff respectfully requests that the Court approve the withdrawal of Robert M. Adams, Esq. as counsel of record for Plaintiff.

DATED this 9th day of February, 2026.

*/s/ Erica D. Entsminger, Esq.*
ROBERT T. EGLET, ESQ.
Nevada Bar No. 3402
TRACY A. EGLET, ESQ.
Nevada Bar No. 6419
ERICA D. ENTSMINGER, ESQ.
Nevada Bar No. 7432
**EGLET LAW**
400 S. Seventh St., Suite 400
Las Vegas, NV  89101
Ph: (702) 450-5400; Fax: (702) 450-5451
E-Mail: eservice@egletlaw.com
*Attorneys for Plaintiff*
*Delores Scott*

### ORDER

It is so ordered that Robert M. Adams, Esq. be withdrawn from this matter and removed from the CM/ECF service list (badams@egletlaw.com) and any other service lists for this matter.

**IT IS SO ORDERED.**

DATED: __February 9, 2026__

_____
UNITED STATES MAGISTRATE JUDGE

2

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I hereby certify that I am an employee of EGLET LAW, and on the 9th day of February, 2026, I did cause a true and correct copy of the foregoing document **PLAINTIFF DELORES SCOTT'S MOTION TO WITHDRAWAL ROBERT M. ADAMS, ESQ. AS COUNSEL OF RECORD** to be filed and served electronically via the Court's CM/ECF system.

*/s/ Jennifer Lopez*
An Employee of EGLET LAW
