David M. Berger (Admitted *Pro Hac Vice*)
Linda P. Lam (Admitted *Pro Hac Vice*)
Jeffrey Kosbie (Admitted *Pro Hac Vice*)
Jennifer Sun (Admitted *Pro Hac Vice*)
**GIBBS MURA LLP**
1111 Broadway, Suite 2100
Oakland, California 94607
Tel.: 510-350-9700
Fax: 510-350-9701
dmb@classlawgroup.com
lpl@classlawgroup.com
jbk@classlawgroup.com
jsun@classlawgroup.com

*Settlement Class Counsel*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: MGM Resorts International Data Breach Litigation<br><br>*This Document Relates To: All actions.* | Case No.: 2:20-cv-00376-GMN-NJK<br><br>**PLAINTIFF'S MOTION TO WITHDRAW JENNIFER SUN AS COUNSEL OF RECORD** |

**TO THE CLERK OF THE COURT AND TO ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Local Rule IA 11-6(b), Plaintiff Ryan Bohlim respectfully moves the Court to withdraw Jennifer Sun of Gibbs Mura LLP as one of his counsel of record. Plaintiff will continue to be represented by Eric H. Gibbs, David M. Berger, Linda P. Lam, and Jeffrey Kosbie at Gibbs Mura LLP and by other Class Counsel. The proposed withdrawal of Ms. Sun will not result in any delays in litigating this action.

//

//

//

//

Notice of this motion to withdraw is being served on Plaintiff and provided to opposing counsel and all other counsel of record through this filing on the Court's ECF system.

Dated this 1st day of October, 2026.

Respectfully submitted,

*/s/ Miles N. Clark*

Miles N. Clark (NBN 13848)
**LAW OFFICES OF MILES N. CLARK, LLC**
5510 S. Fort Apache Rd, Suite 30
Las Vegas, NV 89148-7700
Telephone: (703) 856-7430
Facsimile: (702) 447.8048
miles@milesclarklaw.com

*Co-Liaison Counsel for Plaintiffs and the Class*

David M. Berger (Admitted *Pro Hac Vice*)
Linda P. Lam (Admitted *Pro Hac Vice*)
Jeffrey Kosbie (Admitted *Pro Hac Vice*)
Jennifer Sun (Admitted *Pro Hac Vice*)
**GIBBS MURA LLP**
1111 Broadway, Suite 2100
Oakland, California 94607
Tel.: 510-350-9700
Fax: 510-350-9701
dmb@classlawgroup.com
lpl@classlawgroup.com
jbk@classlawgroup.com
jsun@classlawgroup.com

*Settlement Class Counsel*

IT IS SO ORDERED.
Dated: October 1, 2026
.
.

Nancy J. Koppe
United States Magistrate Judge